UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>        Defendants. | Civ. Action No. 1:24-cv-004806<br><br>**JURY TRIAL DEMANDED** |

**PATRICK DISBENNETT'S MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Patrick Disbennett, move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bar of the states of Texas and Illinois. Texas and Illinois are the only states in which I am a member of the bar. I have never been convicted of a felony, never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary actions pending against me in any state or federal court.

My declaration in support of this Motion, a Certificate of Good Standing from the State Bar of Texas, a Certificate of Good Standing from the Supreme Court of Texas, and a Certificate of Good Standing from the Supreme Court of Illinois are attached as Exhibits A, B, C, and D respectively.

Date: June 25, 2024                     Respectfully submitted,


                                                    */s/ Patrick Disbennett*
                                                    Patrick Disbennett*
                                                    Christopher A. Rogers*

                                                    *Application for admission *pro hac vice* pending

                                                    U.S. Securities and Exchange Commission
                                                    801 Cherry Street, Suite 1900
                                                    Fort Worth, Texas 76102
                                                    Tel: 817-978-3821
                                                    disbennettpa@sec.gov
                                                    rogerschri@sec.gov