**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>　　　　　Defendants. | Civ. Action No. 1:24-cv-004806<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF PATRICK B. DISBENNETT**

　　　　I, PATRICK B. DISBENNETT, declare under penalty of perjury in accordance with 28 U.S.C. §1746 that:

　　　　1.　　I am over the age of eighteen years, I am an attorney that represents the Plaintiff Securities and Exchange Commission in the above-titled action, I have personal knowledge of the facts set forth in this declaration, and if called to testify I would testify to the following facts.

　　　　2.　　I make this declaration pursuant to Rule 1.3(c) for the Local Rules of the United States Courts for the Southern District of New York in support of my motion for an Order for admission to practice Pro Hac Vice to appear as counsel for the Securities and Exchange Commission in the above-captioned action.

EXHIBIT A

3.       I have never been convicted of a felony; I have never been censured, suspended, disbarred or denied admission or readmission by any court; and there are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2024.

*Patrick Disbennett*
Patrick B. Disbennett