**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>Defendants. | Civ. Action No. 1:24-cv-004806<br><br>**JURY TRIAL DEMANDED** |

**ORDER AS TO CHRISTOPHER A. ROGERS**
**MOTION FOR ADMISSION *PRO HAC VICE***

The motion of Christopher A. Rogers, for admission to practice Pro Hac Vice in the

above-captioned action is granted.  Applicant has declared that he is a member in good standing

of the bar of the State of Texas, and that his contact information is as follows:

Christopher A. Rogers
Securities and Exchange Commission
Fort Worth Regional Office
800 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Telephone: (817) 978-3821
Fax: (817) 978-2700
Email: rogersc@sec.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Plaintiff Securities and Exchange Commission in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Dated_____

_____
U.S. District Court Judge