# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Patrick Brett  Disbennett**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 30th day of April, 2015.

I further certify that the records of this office show that, as of this date

**Patrick Brett  Disbennett**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 28th day of May, 2024.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 4306C.1



EXHIBIT C

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.