# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>Defendants. | Civ. Action No. 1:24-cv-004806<br><br>**JURY TRIAL DEMANDED** |

**CHRISTOPHER A. ROGERS MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Christopher A. Rogers, move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for the Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bar of the state of Texas. Texas is the only state in which I am a member of the bar. I have never been convicted of a felony, never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary actions pending against me in any state or federal court.

My declaration in support of this Motion, a Certificate of Good Standing from the State Bar of Texas, and a Certificate of Good Standing from the Supreme Court of Texas are attached as Exhibits A, B, and C respectively.

Date: June 25, 2024                    Respectfully submitted,


                                       */s/ Christopher A. Rogers*
                                       Patrick Disbennett*
                                       Christopher A. Rogers*

                                       *Application for admission *pro hac vice* pending

                                       U.S. Securities and Exchange Commission
                                       801 Cherry Street, Suite 1900
                                       Fort Worth, Texas  76102
                                       Tel: 817-978-3821
                                       disbennettp@sec.gov
                                       rogerschri@sec.gov

2