# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 29, 2024

Re: Mr. Christopher Allen Rogers, State Bar Number 24051264

To Whom It May Concern:

This is to certify that Mr. Christopher Allen Rogers was licensed to practice law in Texas on November 04, 2005, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

No previous disciplinary sanctions have been entered against the attorney's law license.

Pursuant to your request and signed release from Mr. Christopher Allen Rogers, I have researched our disciplinary records and report that we have record of past complaints filed against the attorney's law license that resulted in dismissal. The history of these complaints is as follows:

| **Date Filed** | **Case ID Number** | **Final Disposition** | **Disposition Date** |
|---|---|---|---|
| 10/17/2017 | 201706325 | Dismissed | 11/3/2017 |

It is our policy to dispose of dismissed complaint files six months after final disposition. Therefore, no synopses of those complaints are available.



EXHIBIT B

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

