UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>　　　　　Defendants. | Civ. Action No. 1:24-cv-04806-KPF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF PROOF OF SERVICE

Pursuant to the Court's Notice of Initial Pretrial Conference (ECF Doc. 14, "Notice"), Plaintiff hereby files proof that it has notified all other parties' attorneys in this action by serving upon each of them a copy of the Notice and the Court's Individual Rules of Practice in Civil Cases, as evidenced by the attached declaration and exhibits.

Dated:  August 1, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Patrick Disbennett*
　　　　　　　　　　　　　　　　　　　　Patrick Disbennett (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Christopher Rogers (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　U.S. Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　　801 Cherry Street, Suite 1900
　　　　　　　　　　　　　　　　　　　　Fort Worth, Texas 76102
　　　　　　　　　　　　　　　　　　　　Tel: 817-978-3821
　　　　　　　　　　　　　　　　　　　　disbennettpa@sec.gov
　　　　　　　　　　　　　　　　　　　　rogerschri@sec.gov