UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>Defendants. | Civ. Action No. 1:24-cv-04806-KPF<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF TINA D. JUSTICE

I, Tina D. Justice, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct, and that I am competent to testify to the matters stated herein. I have personal knowledge of the matters stated herein, and if called as a witness, could and would testify competently thereto.

1. I am a Trial Paralegal for Plaintiff Securities and Exchange Commission ("Commission" or "SEC") and make this declaration as the Commission's proof of service via means of email on Defendants John Brda ("Brda") and Georgios Palikaras (Palikaras) by and through their Counsel.

2. On July 18, 2024, I sent an email through RPost, a registered mail software program to Jessica Magee, Counsel for Defendant Palikaras at jessica.magee@hklaw.com and to Jason Lewis, Counsel for Defendant Brda at jason.lewis@us.dlapiper.com, with the subject line "FW: Activity in Case 1:24-cv-04806-KPF Securities and Exchange Commission v. Brda et al

1

Order for Initial Pretrial Conference," and attaching the "Notice of Initial Pretrial Conference" in this matter. A true and correct copy of the email is attached as Exhibit 1.

3. The RPost email authentication receipt I received after sending that message verifies that the email was delivered at 4:26 pm on July 18, 2024, and opened at jessica.magee@hklaw.com at 4:27 pm and opened at jason.lewis@us.dlapiper.com 5:06 pm. A true and correct copy of the email authentication receipt is attached hereto as Exhibit 2.

4. On July 31, 2024, I sent an email through RPost, a registered mail software program to Jessica Magee, Counsel for Defendant Palikaras and to Jason Lewis, Counsel for Defendant Brda, with the subject line "RE: Activity in Case 1:24-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference (Sent Registered)," and attaching the "Individual Rules of Practice in Civil Cases" in this matter. A true and correct copy of the email is attached as Exhibit 3.

5. The RPost email authentication receipt I received after sending that message verifies that the email was delivered at 5:36 pm on July 31, 2024, and opened at jessica.magee@hklaw.com at 5:36:59 pm and opened at jason.lewis@us.dlapiper.com 5:50 pm. A true and correct copy of the email authentication receipt is attached hereto as Exhibit 4.

6. RPost is a Microsoft Outlook program that allows senders to prove email delivery, time of delivery, and exact content, with a registered receipt email record that is automatically generated with every registered email message. It allows users to track and certify emails and to know precisely when the emails are delivered and opened. *See* RPost description, available at https://partner.microsoft.com/en-us/marketing/usisvshowcase/rpost#.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

August 1, 2024,                                             *Tina Justice*
                                                            Tina Justice
                                                            Trial Paralegal
                                                            U.S. Securities and Exchange Commission