| | |
|---|---|
| **From:** | Justice, Tina |
| **To:** | Jessica.Magee@hklaw.com; jason.lewis@us.dlapiper.com |
| **Cc:** | Disbennett, Patrick Brett; Rogers, Christopher A. |
| **Subject:** | FW: Activity in Case 1:24-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference (Sent Registered) |
| **Date:** | Thursday, July 18, 2024 4:24:36 PM |
| **Attachments:** | Doc 14 NOTICE of Initial Pretrial Conference.7.18.24.pdf<br>image001.png |

Counsel,

Please see attached Notice of Initial Pretrial Conference issued today.

Thank you,
**Tina Justice**
Senior Trial Paralegal
801 Cherry Street, Suite 1900
Fort Worth, TX  76102
Office: 817-978-6483
JusticeT@sec.gov



**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Thursday, July 18, 2024 2:55 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:24-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

EXHIBIT 1

# U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 7/18/2024 at 3:54 PM EDT and filed on 7/18/2024

**Case Name:**   Securities and Exchange Commission v. Brda et al
**Case Number:**   1:24-cv-04806-KPF
**Filer:**
**Document Number:** 14

**Docket Text:**
**NOTICE OF INITIAL PRETRIAL CONFERENCE: This case has been assigned to me for all purposes. It is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court on September 13, 2024, at 3:30 p.m. The conference will be held telephonically. At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533. Initial Conference set for 9/13/2024 at 03:30 PM before Judge Katherine Polk Failla. (Signed by Judge Katherine Polk Failla on 7/18/2024) (rro)**

**1:24-cv-04806-KPF Notice has been electronically mailed to:**

Christopher A Rogers     rogerschri@sec.gov, bernsteink@sec.gov, disbennetpa@sec.gov, fairchildr@sec.gov, fraserb@sec.gov, justicet@sec.gov, minnickd@sec.gov, stewartan@sec.gov

Patrick Brett Disbennett     disbennettpa@sec.gov, bernsteink@sec.gov, fairchildr@sec.gov, fraserb@sec.gov, justicet@sec.gov, minnickd@sec.gov, stewartan@sec.gov

**1:24-cv-04806-KPF Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/18/2024] [FileNumber=31592533-0] [a6403c498c094715c11360cd1ca88ecaef7f35a1a21adb6c09334c811329f3214d 727b52796f7d5fe9cea62c9ca3e960f22b4c2b7531523630b5c32b7a8e4f7b]]