| | |
|---|---|
| **From:** | Authentication |
| **To:** | Justice, Tina; Justice, Tina |
| **Subject:** | FW: Receipt: FW: Activity in Case 1:24-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference |
| **Date:** | Thursday, August 1, 2024 9:13:03 AM |
| **Attachments:** | FW Activity in Case 124-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference.msg<br>SMTP Log-1.txt<br>SMTP Log-2.txt<br>SMTP Log-3.txt<br>SMTP Log-4.txt<br>SMTP History-1.txt<br>SMTP History-2.txt<br>SMTP History-3.txt<br>SMTP History-4.txt<br>HTTP_Record-2.txt<br>DSN_Record-3.txt<br>HTTP_Record-3.txt<br>DeliveryReceipt.xml |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



**The receipt you have submitted to our system is valid and proves the delivery results displayed below.**

**\*\* A copy of the original message is attached. \*\***

| Delivery Status | | | | | |
|---|---|---|---|---|---|
| **Address** | **Status** | **Details** | **Delivered (UTC\*)** | **Delivered** (local) | **Opened** (local) |
| disbennettpa@sec.gov | Delivered to Mail Server | 250 ok: Message 285564982 accepted d1-ip01.sec.gov (162.138.202.5) | 07/18/2024 09:27:00 PM (UTC) | 07/18/2024 04:27:00 PM (UTC -05:00) | |
| jason.lewis@us.dlapiper.com | Delivered and Opened | HTTP-IP:12.75.41.80 | 07/18/2024 09:26:59 PM (UTC) | 07/18/2024 04:26:59 PM (UTC -05:00) | 07/18/2024 05:06:52 PM (UTC -05:00) |
| jessica.magee@hklaw.com | Delivered and Opened | HTTP-IP:40.94.26.254 | 07/18/2024 09:26:59 PM (UTC) | 07/18/2024 04:26:59 PM (UTC -05:00) | 07/18/2024 04:27:26 PM (UTC -05:00) |
| rogerschri@sec.gov | Delivered to Mail Server | 250 ok: Message 285564985 accepted d1-ip01.sec.gov (162.138.202.5) | 07/18/2024 09:27:00 PM (UTC) | 07/18/2024 04:27:00 PM (UTC -05:00) | |

\*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

| Message Envelope | |
|---|---|
| **From:** | Justice, Tina <JUSTICET@SEC.GOV> |
| **Subject:** | FW: Activity in Case 1:24-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference |
| **To:** | <jason.lewis@us.dlapiper.com> <jessica.magee@hklaw.com> |
| **Cc:** | <disbennettpa@sec.gov> <rogerschri@sec.gov> |
| **Bcc:** | |
| **Network ID:** | <MW4PR09MB10166A5115DF33704EAFBF766DCAC2@MW4PR09MB10166.namprd09.prod.outlook.com> |
| **Received by RMail System:** | 07/18/2024 09:26:56 PM (UTC) |
| **Client Code:** | |

| Message Statistics | |
|---|---|
| **Tracking Number:** | 287F6036C1B79D93B0C71E9372EFE48D92EDBAB9 |
| **Message Size:** | 338549 |
| **Features Used:** | |
| **File Size:** | **File Name:** |
| 203.0 KB | Doc 14 NOTICE of Initial Pretrial Conference.7.18.24.pdf |

**EXHIBIT 2**

| Delivery Audit Trail |
|---|
| 7/18/2024 9:26:58 PM starting sec.gov/{default} 7/18/2024 9:26:58 PM connecting from mta21.r1.rpost.net (0.0.0.0) to d1-ip01.sec.gov (162.138.202.5) 7/18/2024 9:26:58 PM connected from 192.168.10.11:57317 7/18/2024 9:26:58 PM >>> 220 D1-IP01.SEC.GOV ESMTP 7/18/2024 9:26:58 PM <<< EHLO mta21.r1.rpost.net 7/18/2024 9:26:58 PM >>> 250-D1-IP01.SEC.GOV 7/18/2024 9:26:58 PM >>> 250-8BITMIME 7/18/2024 9:26:58 PM >>> 250-SIZE 78643200 7/18/2024 9:26:58 PM >>> 250 STARTTLS 7/18/2024 9:26:58 PM <<< STARTTLS 7/18/2024 9:26:58 PM >>> 220 Go ahead with TLS 7/18/2024 9:26:58 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 7/18/2024 9:26:58 PM tls:Cert: /C=US/ST=District of Columbia/L=Washington/jurisdictionC=US/O=U.S. Securities and Exchange Commission/businessCategory=Government Entity/serialNumber=1934-01-01/CN=D2-IronPort01.SEC.GOV; issuer=/C=US/O=Entrust, Inc./OU=See www.entrust.net/legal-terms/OU=(c) 2014 Entrust, Inc. - for authorized use only/CN=Entrust Certification Authority - L1M; verified=no 7/18/2024 9:26:58 PM <<< EHLO mta21.r1.rpost.net 7/18/2024 9:26:59 PM >>> 250-D1-IP01.SEC.GOV 7/18/2024 9:26:59 PM >>> 250-8BITMIME 7/18/2024 9:26:59 PM >>> 250 SIZE 78643200 7/18/2024 9:26:59 PM <<< MAIL FROM: BODY=8BITMIME 7/18/2024 9:26:59 PM >>> 250 sender ok 7/18/2024 9:26:59 PM <<< RCPT TO: 7/18/2024 9:26:59 PM >>> 250 recipient ok 7/18/2024 9:26:59 PM <<< DATA 7/18/2024 9:26:59 PM >>> 354 go ahead 7/18/2024 9:26:59 PM <<< . 7/18/2024 9:26:59 PM >>> 250 ok: Message 285564982 accepted 7/18/2024 9:26:59 PM <<< QUIT 7/18/2024 9:26:59 PM >>> 221 D1-IP01.SEC.GOV 7/18/2024 9:26:59 PM closed d1-ip01.sec.gov (162.138.202.5) in=364 out=333748 7/18/2024 9:27:01 PM done sec.gov/{default} |
| 7/18/2024 9:37:00 PM starting us.dlapiper.com/{default} 7/18/2024 9:37:00 PM connecting from mta21.r1.rpost.net (0.0.0.0) to usb-smtp-inbound-2.mimecast.com (170.10.152.242) 7/18/2024 9:37:00 PM connected from 192.168.10.11:59018 7/18/2024 9:37:00 PM >>> 220 usb-smtp-inbound-1.mimecast.com ESMTP; Thu, 18 Jul 2024 14:37:00 -0700 7/18/2024 9:37:00 PM <<< EHLO mta21.r1.rpost.net 7/18/2024 9:37:01 PM >>> 250-usb-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 7/18/2024 9:37:01 PM >>> 250-STARTTLS 7/18/2024 9:37:01 PM >>> 250 HELP 7/18/2024 9:37:01 PM <<< STARTTLS 7/18/2024 9:37:01 PM >>> 220 Starting TLS [XfGhJddCODi4EjgqUsmkpg.usb10] 7/18/2024 9:37:01 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 7/18/2024 9:37:01 PM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 7/18/2024 9:37:01 PM <<< EHLO mta21.r1.rpost.net 7/18/2024 9:37:01 PM >>> 250-usb-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 7/18/2024 9:37:01 PM >>> 250-AUTH PLAIN LOGIN 7/18/2024 9:37:01 PM >>> 250 HELP 7/18/2024 9:37:01 PM <<< MAIL FROM: 7/18/2024 9:37:01 PM >>> 250 Sender OK [XfGhJddCODi4EjgqUsmkpg.usb10] 7/18/2024 9:37:01 PM <<< RCPT TO: 7/18/2024 9:37:02 PM >>> 250 Recipient OK [XfGhJddCODi4EjgqUsmkpg.usb10] 7/18/2024 9:37:02 PM <<< DATA 7/18/2024 9:37:02 PM >>> 354 Start mail data, end with CRLF.CRLF [XfGhJddCODi4EjgqUsmkpg.usb10] 7/18/2024 9:37:02 PM <<< . 7/18/2024 9:37:04 PM >>> 250 SmtpThread-11098813-1721338624510@usb-mta-10.usb.mimecast.lan Received OK [XfGhJddCODi4EjgqUsmkpg.usb10] 7/18/2024 9:37:04 PM <<< QUIT 7/18/2024 9:37:04 PM >>> 221 Service closing transmission channel [gyPiKVIYO4-sIyLtho4F9w.usb10] 7/18/2024 9:37:04 PM closed usb-smtp-inbound-2.mimecast.com (170.10.152.242) in=645 out=333755 7/18/2024 9:37:04 PM done us.dlapiper.com/{default} |
| 7/18/2024 9:26:57 PM starting hklaw.com/{default} 7/18/2024 9:26:57 PM connecting from mta21.r1.rpost.net (0.0.0.0) to hklaw-com.mail.protection.outlook.com (52.101.41.58) 7/18/2024 9:26:57 PM connected from 192.168.10.11:60995 7/18/2024 9:26:58 PM >>> 220 SJ1PEPF000023CD.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Thu, 18 Jul 2024 21:26:57 +0000 [08DCA678504DFF6D] 7/18/2024 9:26:58 PM <<< EHLO mta21.r1.rpost.net 7/18/2024 9:26:58 PM >>> 250-SJ1PEPF000023CD.mail.protection.outlook.com Hello [52.58.131.9] 7/18/2024 9:26:58 PM >>> 250-SIZE 157286400 7/18/2024 9:26:58 PM >>> 250-PIPELINING 7/18/2024 9:26:58 PM >>> 250-DSN 7/18/2024 9:26:58 PM >>> 250-ENHANCEDSTATUSCODES 7/18/2024 9:26:58 PM >>> 250-STARTTLS 7/18/2024 9:26:58 PM >>> 250-8BITMIME 7/18/2024 9:26:58 PM >>> 250-BINARYMIME 7/18/2024 9:26:58 PM >>> 250-CHUNKING 7/18/2024 9:26:58 PM >>> 250 SMTPUTF8 7/18/2024 9:26:58 PM <<< STARTTLS 7/18/2024 9:26:58 PM >>> 220 2.0.0 SMTP server ready 7/18/2024 9:26:58 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 7/18/2024 9:26:58 PM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Cloud Services CA-1; verified=no 7/18/2024 9:26:58 PM <<< EHLO mta21.r1.rpost.net 7/18/2024 9:26:58 PM >>> 250-SJ1PEPF000023CD.mail.protection.outlook.com Hello [52.58.131.9] 7/18/2024 9:26:58 PM >>> 250-SIZE 157286400 7/18/2024 9:26:58 PM >>> 250-PIPELINING 7/18/2024 9:26:58 PM >>> 250-DSN 7/18/2024 9:26:58 PM >>> 250-ENHANCEDSTATUSCODES 7/18/2024 9:26:58 PM >>> 250-8BITMIME 7/18/2024 9:26:58 PM >>> 250-BINARYMIME 7/18/2024 9:26:58 PM >>> 250-CHUNKING 7/18/2024 9:26:58 PM >>> 250 SMTPUTF8 7/18/2024 9:26:58 PM <<< MAIL FROM: BODY=8BITMIME RET=FULL 7/18/2024 9:26:59 PM >>> 250 2.1.0 Sender OK 7/18/2024 9:26:59 PM <<< RCPT TO: NOTIFY=SUCCESS,FAILURE,DELAY 7/18/2024 9:26:59 PM >>> 250 2.1.5 Recipient OK 7/18/2024 9:26:59 PM <<< DATA 7/18/2024 9:26:59 PM >>> 354 Start mail input; end with . 7/18/2024 9:27:00 PM <<< . 7/18/2024 9:27:00 PM >>> 250 2.6.0 [InternalId=29248727299499, Hostname=LV2PR19MB6032.namprd19.prod.outlook.com] 345973 bytes in 0.468, 720.902 KB/sec Queued mail for delivery 7/18/2024 9:27:00 PM <<< QUIT 7/18/2024 9:27:01 PM >>> 221 2.0.0 Service closing transmission channel 7/18/2024 9:27:01 PM closed hklaw-com.mail.protection.outlook.com (52.101.41.58) in=926 out=333795 7/18/2024 9:27:01 PM done hklaw.com/{default} |
| 7/18/2024 9:26:58 PM starting sec.gov/{default} 7/18/2024 9:26:59 PM connecting from mta21.r1.rpost.net (0.0.0.0) to d1-ip01.sec.gov (162.138.202.5) 7/18/2024 9:27:00 PM connected from 192.168.10.11:51270 7/18/2024 9:27:00 PM >>> 220 D1-IP01.SEC.GOV ESMTP 7/18/2024 9:27:00 PM <<< EHLO mta21.r1.rpost.net 7/18/2024 9:27:00 PM >>> 250-D1-IP01.SEC.GOV 7/18/2024 9:27:00 PM >>> 250-8BITMIME 7/18/2024 9:27:00 PM >>> 250-SIZE 78643200 7/18/2024 9:27:00 PM >>> 250 STARTTLS 7/18/2024 9:27:00 PM <<< STARTTLS 7/18/2024 9:27:00 PM >>> 220 Go ahead with TLS 7/18/2024 9:27:00 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 7/18/2024 9:27:00 PM tls:Cert: /C=US/ST=District of Columbia/L=Washington/jurisdictionC=US/O=U.S. Securities and Exchange Commission/businessCategory=Government Entity/serialNumber=1934-01-01/CN=D2-IronPort01.SEC.GOV; issuer=/C=US/O=Entrust, Inc./OU=See www.entrust.net/legal-terms/OU=(c) 2014 Entrust, Inc. - for authorized use only/CN=Entrust Certification Authority - L1M; verified=no 7/18/2024 9:27:00 PM <<< EHLO mta21.r1.rpost.net 7/18/2024 9:27:00 PM >>> 250-D1-IP01.SEC.GOV 7/18/2024 9:27:00 PM >>> 250-8BITMIME 7/18/2024 9:27:00 PM >>> 250 SIZE 78643200 7/18/2024 9:27:00 PM <<< MAIL FROM: BODY=8BITMIME 7/18/2024 9:27:00 PM >>> 250 sender ok 7/18/2024 9:27:00 PM <<< RCPT TO: 7/18/2024 9:27:00 PM |

| |
|---|
| >>> 250 recipient ok 7/18/2024 9:27:00 PM <<< DATA 7/18/2024 9:27:01 PM >>> 354 go ahead 7/18/2024 9:27:01 PM <<< . 7/18/2024 9:27:01 PM >>> 250 ok: Message 285564985 accepted 7/18/2024 9:27:01 PM <<< QUIT 7/18/2024 9:27:01 PM >>> 221 D1-IP01.SEC.GOV 7/18/2024 9:27:01 PM closed d1-ip01.sec.gov (162.138.202.5) in=362 out=333742 7/18/2024 9:27:01 PM done sec.gov/{default} |
| [IP Address: 12.75.41.80] [Time Opened: 7/18/2024 10:06:52 PM] [REMOTE_HOST: 192.168.20.229] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/3QeHVigRRzY4VSu9s4goW7dKjlcXxdwDmgkJjmfnMTAy.png] HTTP_ACCEPT:image/webp,image/avif,image/jxl,image/heic,image/heic-sequence,video/*;q=0.8,image/png,image/svg+xml,image/*;q=0.8,*/*;q=0.5 HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_ACCEPT_LANGUAGE:en-US,en;q=0.9 HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (iPhone; CPU iPhone OS 17_5_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 HTTP_X_FORWARDED_FOR:12.75.41.80 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-669991fc-497a12e8503a23ec28e03aa4 HTTP_SEC_FETCH_SITE:cross-site HTTP_SEC_FETCH_MODE:no-cors HTTP_SEC_FETCH_DEST:image Accept: image/webp,image/avif,image/jxl,image/heic,image/heic-sequence,video/*;q=0.8,image/png,image/svg+xml,image/*;q=0.8,*/*;q=0.5 Accept-Encoding: gzip, deflate, br Accept-Language: en-US,en;q=0.9 Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 17_5_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 X-Forwarded-For: 12.75.41.80 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-669991fc-497a12e8503a23ec28e03aa4 sec-fetch-site: cross-site sec-fetch-mode: no-cors sec-fetch-dest: image /LM/W3SVC/12/ROOT 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 0 CGI/1.1 on 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/3QeHVigRRzY4VSu9s4goW7dKjlcXxdwDmgkJjmfnMTAy.png 192.168.20.229 192.168.20.229 57956 GET /open/images_v2/3QeHVigRRzY4VSu9s4goW7dKjlcXxdwDmgkJjmfnMTAy.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/3QeHVigRRzY4VSu9s4goW7dKjlcXxdwDmgkJjmfnMTAy.png image/webp,image/avif,image/jxl,image/heic,image/heic-sequence,video/*;q=0.8,image/png,image/svg+xml,image/*;q=0.8,*/*;q=0.5 gzip, deflate, br en-US,en;q=0.9 open.r1.rpost.net Mozilla/5.0 (iPhone; CPU iPhone OS 17_5_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 12.75.41.80 https 443 Root=1-669991fc-497a12e8503a23ec28e03aa4 cross-site no-cors image |
| From:postmaster@hklaw.onmicrosoft.com:Your message has been delivered to the following recipients: jessica.magee@hklaw.com Subject: FW: Activity in Case 1:24-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference |
| [IP Address: 40.94.26.254] [Time Opened: 7/18/2024 9:27:26 PM] [REMOTE_HOST: 192.168.20.229] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/lKEyGe5xVqGNL44cMMfXHl3X38xVgBUWVIOggTDiMTAy.png] HTTP_CACHE_CONTROL:no-store,no-cache HTTP_PRAGMA:no-cache HTTP_ACCEPT:image/* HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.0.0 Safari/537.36 HTTP_X_FORWARDED_FOR:40.94.26.254 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-669988be-4f062ce139bf372d4fba2885 Cache-Control: no-store,no-cache Pragma: no-cache Accept: image/* Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.0.0 Safari/537.36 X-Forwarded-For: 40.94.26.254 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-669988be-4f062ce139bf372d4fba2885 /LM/W3SVC/12/ROOT 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 0 CGI/1.1 on 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/lKEyGe5xVqGNL44cMMfXHl3X38xVgBUWVIOggTDiMTAy.png 192.168.20.229 192.168.20.229 53214 GET /open/images_v2/lKEyGe5xVqGNL44cMMfXHl3X38xVgBUWVIOggTDiMTAy.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/lKEyGe5xVqGNL44cMMfXHl3X38xVgBUWVIOggTDiMTAy.png no-store,no-cache no-cache image/* open.r1.rpost.net Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.0.0 Safari/537.36 40.94.26.254 https 443 Root=1-669988be-4f062ce139bf372d4fba2885 |

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at Legal Notice. RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at RPost Communications.

For more information about RMail® services, visit www.rmail.com.   An RPost® Technology