| | |
|---|---|
| **From:** | Authentication |
| **To:** | Justice, Tina; Justice, Tina |
| **Subject:** | FW: Receipt: RE: Activity in Case 1:24-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference (Sent Registered) |
| **Date:** | Thursday, August 1, 2024 9:14:16 AM |
| **Attachments:** | RE Activity in Case 124-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference (Sent Registered).msg<br>SMTP Log-1.txt<br>SMTP Log-2.txt<br>SMTP Log-3.txt<br>SMTP Log-4.txt<br>SMTP History-1.txt<br>SMTP History-2.txt<br>SMTP History-3.txt<br>SMTP History-4.txt<br>DSN_Record-1.txt<br>DSN_Record-2.txt<br>HTTP_Record-2.txt<br>DSN_Record-3.txt<br>HTTP_Record-3.txt<br>DSN_Record-4.txt<br>DeliveryReceipt.xml |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



The receipt you have submitted to our system is valid and proves the delivery results displayed below.

** A copy of the original message is attached. **

### Delivery Status

| Address | Status | Details | Delivered (UTC*) | Delivered (local) | Opened (local) |
|---|---|---|---|---|---|
| disbennettpa@sec.gov | Delivered to Mail Server | 250 ok: Message 287119384 accepted d1-ip01.sec.gov (162.138.202.5) | 07/31/2024 10:36:27 PM (UTC) | 07/31/2024 05:36:27 PM (UTC -05:00) | |
| jason.lewis@us.dlapiper.com | Delivered and Opened | HTTP-IP:208.127.225.233 | 07/31/2024 10:36:27 PM (UTC) | 07/31/2024 05:36:27 PM (UTC -05:00) | 07/31/2024 05:50:54 PM (UTC -05:00) |
| jessica.magee@hklaw.com | Delivered and Opened | HTTP-IP:40.94.33.126 | 07/31/2024 10:36:27 PM (UTC) | 07/31/2024 05:36:27 PM (UTC -05:00) | 07/31/2024 05:36:59 PM (UTC -05:00) |
| rogerschri@sec.gov | Delivered to Mail Server | 250 ok: Message 287119386 accepted d1-ip01.sec.gov (162.138.202.5) | 07/31/2024 10:36:27 PM (UTC) | 07/31/2024 05:36:27 PM (UTC -05:00) | |

*UTC represents Coordinated Universal Time: https://www.rmail.com/resources/coordinated-universal-time/

### Message Envelope

| | |
|---|---|
| **From:** | Justice, Tina <JUSTICET@SEC.GOV> |
| **Subject:** | RE: Activity in Case 1:24-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference (Sent Registered) |
| **To:** | <jason.lewis@us.dlapiper.com> <jessica.magee@hklaw.com> |
| **Cc:** | <disbennettpa@sec.gov> <rogerschri@sec.gov> |
| **Bcc:** | |
| **Network ID:** | <MW4PR09MB1016668056682FCDCBFCA6036DCB12@MW4PR09MB10166.namprd09.prod.outlook.com> |
| **Received by RMail System:** | 07/31/2024 10:36:24 PM (UTC) |
| **Client Code:** | |

### Message Statistics

| | |
|---|---|
| **Tracking Number:** | 3D26722917FAB7371775979463B76E53F31502E8 |
| **Message Size:** | 315677 |
| **Features Used:** | |

**EXHIBIT 4**

| File Size: | File Name: |
|---|---|
| 183.2 KB | KPF Failla Civil Rules of Practice as of 1.11.2024.pdf |

**Delivery Audit Trail**

7/31/2024 10:36:25 PM starting sec.gov/{default} 7/31/2024 10:36:25 PM connecting from mta21.r1.rpost.net (0.0.0.0) to d1-ip01.sec.gov (162.138.202.5) 7/31/2024 10:36:25 PM connected from 192.168.10.11:58570 7/31/2024 10:36:25 PM >>> 220 D1-IP01.SEC.GOV ESMTP 7/31/2024 10:36:25 PM <<< EHLO mta21.r1.rpost.net 7/31/2024 10:36:25 PM >>> 250-D1-IP01.SEC.GOV 7/31/2024 10:36:25 PM >>> 250-8BITMIME 7/31/2024 10:36:25 PM >>> 250-SIZE 78643200 7/31/2024 10:36:25 PM >>> 250 STARTTLS 7/31/2024 10:36:25 PM <<< STARTTLS 7/31/2024 10:36:26 PM >>> 220 Go ahead with TLS 7/31/2024 10:36:26 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 7/31/2024 10:36:26 PM tls:Cert: /C=US/ST=District of Columbia/L=Washington/jurisdictionC=US/O=U.S. Securities and Exchange Commission/businessCategory=Government Entity/serialNumber=1934-01-01/CN=D2-IronPort01.SEC.GOV; issuer=/C=US/O=Entrust, Inc./OU=See www.entrust.net/legal-terms/OU=(c) 2014 Entrust, Inc. - for authorized use only/CN=Entrust Certification Authority - L1M; verified=no 7/31/2024 10:36:26 PM <<< EHLO mta21.r1.rpost.net 7/31/2024 10:36:26 PM >>> 250-D1-IP01.SEC.GOV 7/31/2024 10:36:26 PM >>> 250-8BITMIME 7/31/2024 10:36:26 PM >>> 250 SIZE 78643200 7/31/2024 10:36:26 PM <<< MAIL FROM: BODY=8BITMIME 7/31/2024 10:36:26 PM >>> 250 sender ok 7/31/2024 10:36:26 PM <<< RCPT TO: 7/31/2024 10:36:26 PM >>> 250 recipient ok 7/31/2024 10:36:26 PM <<< DATA 7/31/2024 10:36:26 PM >>> 354 go ahead 7/31/2024 10:36:26 PM <<< . 7/31/2024 10:36:27 PM >>> 250 ok: Message 287119384 accepted 7/31/2024 10:36:27 PM <<< QUIT 7/31/2024 10:36:27 PM >>> 221 D1-IP01.SEC.GOV 7/31/2024 10:36:27 PM closed d1-ip01.sec.gov (162.138.202.5) in=364 out=310998 7/31/2024 10:36:28 PM done sec.gov/{default}

7/31/2024 10:46:27 PM starting us.dlapiper.com/{default} 7/31/2024 10:46:27 PM connecting from mta21.r1.rpost.net (0.0.0.0) to usb-smtp-inbound-1.mimecast.com (170.10.152.242) 7/31/2024 10:46:27 PM connected from 192.168.10.11:38780 7/31/2024 10:46:27 PM >>> 220 usb-smtp-inbound-1.mimecast.com ESMTP; Wed, 31 Jul 2024 15:46:27 -0700 7/31/2024 10:46:27 PM <<< EHLO mta21.r1.rpost.net 7/31/2024 10:46:27 PM >>> 250-usb-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 7/31/2024 10:46:27 PM >>> 250-STARTTLS 7/31/2024 10:46:27 PM >>> 250 HELP 7/31/2024 10:46:27 PM <<< STARTTLS 7/31/2024 10:46:27 PM >>> 220 Starting TLS [qQd5eJXKPe-it2PWp2h8zw.usb44] 7/31/2024 10:46:28 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 7/31/2024 10:46:28 PM tls:Cert: /C=GB/L=London/O=Mimecast Services Limited/CN=*.mimecast.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Global G2 TLS RSA SHA256 2020 CA1; verified=no 7/31/2024 10:46:28 PM <<< EHLO mta21.r1.rpost.net 7/31/2024 10:46:28 PM >>> 250-usb-smtp-inbound-1.mimecast.com Hello [52.58.131.9] 7/31/2024 10:46:28 PM >>> 250-AUTH PLAIN LOGIN 7/31/2024 10:46:28 PM >>> 250 HELP 7/31/2024 10:46:28 PM <<< MAIL FROM: 7/31/2024 10:46:28 PM >>> 250 Sender OK [qQd5eJXKPe-it2PWp2h8zw.usb44] 7/31/2024 10:46:28 PM <<< RCPT TO: 7/31/2024 10:46:28 PM >>> 250 Recipient OK [qQd5eJXKPe-it2PWp2h8zw.usb44] 7/31/2024 10:46:28 PM <<< DATA 7/31/2024 10:46:29 PM >>> 354 Start mail data, end with CRLF.CRLF [qQd5eJXKPe-it2PWp2h8zw.usb44] 7/31/2024 10:46:29 PM <<< . 7/31/2024 10:46:31 PM >>> 250 SmtpThread-17063100-1722465991762@usb-mta-44.usb.mimecast.lan Received OK [qQd5eJXKPe-it2PWp2h8zw.usb44] 7/31/2024 10:46:31 PM <<< QUIT 7/31/2024 10:46:31 PM >>> 221 Service closing transmission channel [ng7rZvvVPciIJ3XfxAGwAA.usb44] 7/31/2024 10:46:31 PM closed usb-smtp-inbound-1.mimecast.com (170.10.152.242) in=645 out=311005 7/31/2024 10:46:31 PM done us.dlapiper.com/{default}

7/31/2024 10:36:25 PM starting hklaw.com/{default} 7/31/2024 10:36:25 PM connecting from mta21.r1.rpost.net (0.0.0.0) to hklaw-com.mail.protection.outlook.com (52.101.11.3) 7/31/2024 10:36:25 PM connected from 192.168.10.11:45947 7/31/2024 10:36:25 PM >>> 220 SN1PEPF0002529E.mail.protection.outlook.com Microsoft ESMTP MAIL Service ready at Wed, 31 Jul 2024 22:36:24 +0000 [08DCAFB8BA40B53A] 7/31/2024 10:36:25 PM <<< EHLO mta21.r1.rpost.net 7/31/2024 10:36:25 PM >>> 250-SN1PEPF0002529E.mail.protection.outlook.com Hello [52.58.131.9] 7/31/2024 10:36:25 PM >>> 250-SIZE 157286400 7/31/2024 10:36:25 PM >>> 250-PIPELINING 7/31/2024 10:36:25 PM >>> 250-DSN 7/31/2024 10:36:25 PM >>> 250-ENHANCEDSTATUSCODES 7/31/2024 10:36:25 PM >>> 250-STARTTLS 7/31/2024 10:36:25 PM >>> 250-8BITMIME 7/31/2024 10:36:25 PM >>> 250-BINARYMIME 7/31/2024 10:36:25 PM >>> 250-CHUNKING 7/31/2024 10:36:25 PM >>> 250 SMTPUTF8 7/31/2024 10:36:25 PM <<< STARTTLS 7/31/2024 10:36:25 PM >>> 220 2.0.0 SMTP server ready 7/31/2024 10:36:26 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 7/31/2024 10:36:26 PM tls:Cert: /C=US/ST=Washington/L=Redmond/O=Microsoft Corporation/CN=mail.protection.outlook.com; issuer=/C=US/O=DigiCert Inc/CN=DigiCert Cloud Services CA-1; verified=no 7/31/2024 10:36:26 PM <<< EHLO mta21.r1.rpost.net 7/31/2024 10:36:26 PM >>> 250-SN1PEPF0002529E.mail.protection.outlook.com Hello [52.58.131.9] 7/31/2024 10:36:26 PM >>> 250-SIZE 157286400 7/31/2024 10:36:26 PM >>> 250-PIPELINING 7/31/2024 10:36:26 PM >>> 250-DSN 7/31/2024 10:36:26 PM >>> 250-ENHANCEDSTATUSCODES 7/31/2024 10:36:26 PM >>> 250-8BITMIME 7/31/2024 10:36:26 PM >>> 250-BINARYMIME 7/31/2024 10:36:26 PM >>> 250-CHUNKING 7/31/2024 10:36:26 PM >>> 250 SMTPUTF8 7/31/2024 10:36:26 PM <<< MAIL FROM: BODY=8BITMIME RET=FULL 7/31/2024 10:36:26 PM >>> 250 2.1.0 Sender OK 7/31/2024 10:36:26 PM <<< RCPT TO: NOTIFY=SUCCESS,FAILURE,DELAY 7/31/2024 10:36:26 PM >>> 250 2.1.5 Recipient OK 7/31/2024 10:36:26 PM <<< DATA 7/31/2024 10:36:26 PM >>> 354 Start mail input; end with . 7/31/2024 10:36:27 PM <<< . 7/31/2024 10:36:29 PM >>> 250 2.6.0 [InternalId=38860864110896, Hostname=DM4PR19MB5764.namprd19.prod.outlook.com] 323408 bytes in 0.375, 840.777 KB/sec Queued mail for delivery 7/31/2024 10:36:29 PM <<< QUIT 7/31/2024 10:36:29 PM >>> 221 2.0.0 Service closing transmission channel 7/31/2024 10:36:29 PM closed hklaw-com.mail.protection.outlook.com (52.101.11.3) in=926 out=311045 7/31/2024 10:36:29 PM done hklaw.com/{default}

7/31/2024 10:36:25 PM starting sec.gov/{default} 7/31/2024 10:36:27 PM connecting from mta21.r1.rpost.net (0.0.0.0) to d1-ip01.sec.gov (162.138.202.5) 7/31/2024 10:36:27 PM connected from 192.168.10.11:44166 7/31/2024 10:36:27 PM >>> 220 D1-IP01.SEC.GOV ESMTP 7/31/2024 10:36:27 PM <<< EHLO mta21.r1.rpost.net 7/31/2024 10:36:27 PM >>> 250-D1-IP01.SEC.GOV 7/31/2024 10:36:27 PM >>> 250-8BITMIME 7/31/2024 10:36:27 PM >>> 250-SIZE 78643200 7/31/2024 10:36:27 PM >>> 250 STARTTLS 7/31/2024 10:36:27 PM <<< STARTTLS 7/31/2024 10:36:27 PM >>> 220 Go ahead with TLS 7/31/2024 10:36:27 PM tls:TLSv1.2 connected with 256-bit ECDHE-RSA-AES256-GCM-SHA384 7/31/2024 10:36:27 PM tls:Cert: /C=US/ST=District of Columbia/L=Washington/jurisdictionC=US/O=U.S. Securities and Exchange Commission/businessCategory=Government Entity/serialNumber=1934-01-01/CN=D2-IronPort01.SEC.GOV; issuer=/C=US/O=Entrust, Inc./OU=See www.entrust.net/legal-terms/OU=

| |
|---|
| (c) 2014 Entrust, Inc. - for authorized use only/CN=Entrust Certification Authority - L1M; verified=no 7/31/2024 10:36:27 PM <<< EHLO mta21.r1.rpost.net 7/31/2024 10:36:28 PM >>> 250-D1-IP01.SEC.GOV 7/31/2024 10:36:28 PM >>> 250-8BITMIME 7/31/2024 10:36:28 PM >>> 250 SIZE 78643200 7/31/2024 10:36:28 PM <<< MAIL FROM: BODY=8BITMIME 7/31/2024 10:36:28 PM >>> 250 sender ok 7/31/2024 10:36:28 PM <<< RCPT TO: 7/31/2024 10:36:28 PM >>> 250 recipient ok 7/31/2024 10:36:28 PM <<< DATA 7/31/2024 10:36:28 PM >>> 354 go ahead 7/31/2024 10:36:28 PM <<< . 7/31/2024 10:36:28 PM >>> 250 ok: Message 287119386 accepted 7/31/2024 10:36:28 PM <<< QUIT 7/31/2024 10:36:28 PM >>> 221 D1-IP01.SEC.GOV 7/31/2024 10:36:28 PM closed d1-ip01.sec.gov (162.138.202.5) in=362 out=310992 7/31/2024 10:36:28 PM done sec.gov/{default} |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer d1-ip01.sec.gov (162.138.202.5) |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer usb-smtp-inbound-1.mimecast.com (170.10.152.242) |
| [IP Address: 208.127.225.233] [Time Opened: 7/31/2024 10:50:54 PM] [REMOTE_HOST: 192.168.10.175] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/Dyqfb2YnzIquSeBe538kj8auf5vVMOh4rjn0VlUNMjEw.png] HTTP_ACCEPT:image/webp,image/avif,image/jxl,image/heic,image/heic-sequence,video/*;q=0.8,image/png,image/svg+xml,image/*;q=0.8,*/*;q=0.5 HTTP_ACCEPT_ENCODING:gzip, deflate, br HTTP_ACCEPT_LANGUAGE:en-US,en;q=0.9 HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (iPhone; CPU iPhone OS 17_5_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 HTTP_X_FORWARDED_FOR:208.127.225.233 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-66aabfce-3db23fb908d12b6072930a7b HTTP_SEC_FETCH_SITE:cross-site HTTP_SEC_FETCH_MODE:no-cors HTTP_SEC_FETCH_DEST:image Accept: image/webp,image/avif,image/jxl,image/heic,image/heic-sequence,video/*;q=0.8,image/png,image/svg+xml,image/*;q=0.8,*/*;q=0.5 Accept-Encoding: gzip, deflate, br Accept-Language: en-US,en;q=0.9 Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (iPhone; CPU iPhone OS 17_5_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 X-Forwarded-For: 208.127.225.233 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-66aabfce-3db23fb908d12b6072930a7b sec-fetch-site: cross-site sec-fetch-mode: no-cors sec-fetch-dest: image /LM/W3SVC/12/ROOT 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 0 CGI/1.1 on 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/Dyqfb2YnzIquSeBe538kj8auf5vVMOh4rjn0VlUNMjEw.png 192.168.10.175 192.168.10.175 25286 GET /open/images_v2/Dyqfb2YnzIquSeBe538kj8auf5vVMOh4rjn0VlUNMjEw.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/Dyqfb2YnzIquSeBe538kj8auf5vVMOh4rjn0VlUNMjEw.png image/webp,image/avif,image/jxl,image/heic,image/heic-sequence,video/*;q=0.8,image/png,image/svg+xml,image/*;q=0.8,*/*;q=0.5 gzip, deflate, br en-US,en;q=0.9 open.r1.rpost.net Mozilla/5.0 (iPhone; CPU iPhone OS 17_5_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 208.127.225.233 https 443 Root=1-66aabfce-3db23fb908d12b6072930a7b cross-site no-cors image |
| From:postmaster@hklaw.onmicrosoft.com:Your message has been delivered to the following recipients: jessica.magee@hklaw.com Subject: RE: Activity in Case 1:24-cv-04806-KPF Securities and Exchange Commission v. Brda et al Order for Initial Pretrial Conference (Sent Registered) |
| [IP Address: 40.94.33.126] [Time Opened: 7/31/2024 10:36:59 PM] [REMOTE_HOST: 192.168.20.136] [HTTP_HOST: open.r1.rpost.net] [SCRIPT_NAME: /open/images_v2/hSEcdZDHEzTbRZS68zlODlEqcpm5F5wsDQ769EqVMjEw.png] HTTP_CACHE_CONTROL:no-store,no-cache HTTP_PRAGMA:no-cache HTTP_ACCEPT:image/* HTTP_HOST:open.r1.rpost.net HTTP_USER_AGENT:Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.0.0 Safari/537.36 HTTP_X_FORWARDED_FOR:40.94.33.126 HTTP_X_FORWARDED_PROTO:https HTTP_X_FORWARDED_PORT:443 HTTP_X_AMZN_TRACE_ID:Root=1-66aabc8b-06b1eb156a7ad9944d896ecf Cache-Control: no-store,no-cache Pragma: no-cache Accept: image/* Host: open.r1.rpost.net User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.0.0 Safari/537.36 X-Forwarded-For: 40.94.33.126 X-Forwarded-Proto: https X-Forwarded-Port: 443 X-Amzn-Trace-Id: Root=1-66aabc8b-06b1eb156a7ad9944d896ecf /LM/W3SVC/12/ROOT 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 0 CGI/1.1 on 256 2048 CN=rpost.com Root Cert CN=admin1.devx.rpost.info 12 /LM/W3SVC/12 192.168.10.112 /open/images_v2/hSEcdZDHEzTbRZS68zlODlEqcpm5F5wsDQ769EqVMjEw.png 192.168.20.136 192.168.20.136 56532 GET /open/images_v2/hSEcdZDHEzTbRZS68zlODlEqcpm5F5wsDQ769EqVMjEw.png open.r1.rpost.net 443 1 HTTP/1.1 Microsoft-IIS/10.0 /open/images_v2/hSEcdZDHEzTbRZS68zlODlEqcpm5F5wsDQ769EqVMjEw.png no-store,no-cache no-cache image/* open.r1.rpost.net Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.0.0 Safari/537.36 40.94.33.126 https 443 Root=1-66aabc8b-06b1eb156a7ad9944d896ecf |
| From:postmaster@mta21.r1.rpost.net:Hello, this is the mail server on mta21.r1.rpost.net. I am sending you this message to inform you on the delivery status of a message you previously sent. Immediately below you will find a list of the affected recipients; also attached is a Delivery Status Notification (DSN) report in standard format, as well as the headers of the original message. relayed to mailer d1-ip01.sec.gov (162.138.202.5) |

This Registered Receipt™ email is verifiable proof of your Registered Email™ transaction. It contains:

1. An official time stamp.
2. Proof that your message was sent and to whom it was sent.
3. Proof that your message was delivered to its addressees or their authorized electronic agents.
4. Proof of the content of your original message and all of its attachments.

Note: By default, RPost does not retain a copy of your email or this receipt and you should not rely on the information above until the receipt is verified by the RMail system. Keep this email and its attachment in place for your records. General terms and conditions are available at [Legal Notice](). RMail services are patented, using RPost patented technologies, including US patents 8209389, 8224913, 8468199, 8161104, 8468198, 8504628, 7966372, 6182219, 6571334 and other US and non-US patents listed at [RPost Communications]().

For more information about RMail® services, visit [www.rmail.com](). An RPost® Technology