UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
               Plaintiff, :
:
  -against- :  Case No. 1:24-cv-04806 (KPF)
:
:
JOHN BRDA, :
GEORGIOS PALIKARAS, :
:
             Defendants. :
:
------------------------------------------- x

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned appears in this action for defendant John Brda.  Mr. Brda reserves all rights and defenses.

| | |
|---|---|
| Dated:  New York, New York<br>          August 8, 2024 | DLA PIPER LLP (US)<br><br>By:  /s/ Steven M. Rosato<br>       Steven M. Rosato<br><br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel:  (212) 335-4500<br>steven.rosato@us.dlapiper.com<br><br>*Attorney for Defendant*<br> *John Brda* |