UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
::
SECURITIES AND EXCHANGE :
COMMISSION, :
::
                Plaintiff, :
::
   -against- :   Case No. 1:24-cv-04806 (KPF)
::
JOHN BRDA, :
GEORGIOS PALIKARAS, :
::
               Defendants. :
------------------------------------------- x

### NOTICE OF DEFENDANT JOHN BRDA'S
### MOTION TO TRANSFER VENUE

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1404(a), defendant John Brda, by his undersigned counsel, will and hereby does move, at the United States District Court for the Southern District of New York, Room 618, 40 Foley Square, New York, New York 10007, at such date and time as the Court directs, for an order transferring this action to the United States District Court for the Eastern District of Texas for the convenience of the parties and witnesses and in the interest of justice. The deadlines for further submissions in connection with this motion are governed by Local Civil Rule 6.1.

      In support of his motion, Mr. Brda relies upon the accompanying memorandum of law; the declaration of John Brda dated August 8, 2024; the further filings made with respect to the motion; and such other proceedings in this action as shall bear on the matters addressed in the motion that may be considered by the Court.

                             [SIGNATURE PAGE FOLLOWS]

2

Dated:  New York, New York
       August 8, 2024

DLA PIPER LLP (US)


By:  /s/ Steven M. Rosato
     Steven M. Rosato

1251 Avenue of the Americas
New York, New York  10020
Tel:  (212) 335-4500
steven.rosato@us.dlapiper.com

Jason S. Lewis (*pro hac vice* forthcoming)
Jason M. Hopkins (*pro hac vice* forthcoming)
1900 N. Pearl Street, Suite 2200
Dallas, Texas  75201
Tel.:  (214) 743-4500
jason.lewis@us.dlapiper.com
jason.hopkins@us.dlapiper.com


*Attorneys for Defendant*
 *John Brda*