UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRDA and GEORGIOS PALIKARAS,<br><br>Defendants. | Case No. 1:24-cv-004806 (KPF)(OTW) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kayla A. Joyce, an attorney admitted to practice before this Court, hereby enters an appearance in connection with the above-captioned case on behalf of Defendant Georgios Palikaras.

Dated: New York, New York
       August 8, 2024

HOLLAND & KNIGHT LLP

/s/ Kayla A. Joyce
Kayla A. Joyce, Esq.
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019
Tel: (212) 513-3200
Email: Kayla.Joyce@hklaw.com

*Counsel for Georgios Palikaras*