UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>        v.<br><br>JOHN BRDA and GEORGIOS PALIKARAS,<br><br>    Defendants. | Case No. 1:24-cv-004806 (KPF)(OTW)<br><br>**MOTION FOR ADMISSION**<br>**_PRO HAC VICE_** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jessica B. Magee, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Georgios Palikaras in the above-captioned case.

I am a member in good standing of the bar of the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached is my declaration pursuant to Local Rule 1.3.

Dated: Dallas, Texas
           August 8, 2024

                                                          Respectfully submitted,

                                                          HOLLAND & KNIGHT LLP

                                                          /s/ Jessica B. Magee
                                                          Jessica B. Magee, Esq.
                                                          One Arts Plaza, 1722 Routh Street, Suite 1500
                                                          Dallas, TX 75201
                                                          Jessica.Magee@hklaw.com
                                                          Tel: (214) 969-1375

                                                          *Counsel for Georgios Palikaras*