UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>      v.<br><br>JOHN BRDA and GEORGIOS PALIKARAS,<br><br>    Defendants. | Case No. 1:24-cv-004806 (KPF)(OTW)<br><br>**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, JESSICA B. MAGEE, declare under penalty of perjury as follows:

1.   Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of my motion for an Order for admission *pro hac vice* to this Court to appear as counsel for Georgios Palikaras in the above-captioned action (the "Motion"). I have personal knowledge of the facts set forth herein and, if called upon, I could and would testify competently to the truth of the matters as set forth herein.

2.   I am a member in good standing of the bar of the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3.   I attach as Exhibit 1 a Certificate of Good Standing issued by the Supreme Court of the State of Texas. I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746, that the foregoing information is true and correct.

Executed on: August 8, 2024

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Jessica B. Magee
Jessica B. Magee, Esq.
One Arts Plaza, 1722 Routh Street, Suite 1500
Dallas, TX 75201
Jessica.Magee@hklaw.com
Tel: (214) 969-1375

*Counsel for Georgios Palikaras*