UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>JOHN BRDA and GEORGIOS PALIKARAS,<br><br>      Defendants. | Case No. 1:24-cv-004806 (KPF)(OTW) |

**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

The motion of Jessica B. Magee for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Texas, and that her contact information is as follows:

> Jessica B. Magee
> HOLLAND & KNIGHT LLP
> One Arts Plaza, 1722 Routh Street, Suite 1500
> Dallas, TX 75201
> Jessica.Magee@hklaw.com
> Tel: (214) 969-1375

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Georgios Palikaras in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2024          _____
                                                                  Hon. Katherine Polk Failla