UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRDA and GEORGIOS PALIKARAS,<br><br>Defendants. | No. 1:24-cv-004806 (KPF)(OTW) |

### NOTICE OF DEFENDANT GEORGIOS PALIKARAS'S
### MOTION TO TRANSFER VENUE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Georgios Palikaras's Motion to Transfer Venue and the Memorandum of Law in Support of Defendant John Brda's Motion to Transfer Venue, and the accompanying papers filed therewith, Defendant Georgios Palikaras, by and through his undersigned counsel, will move this Court before the Honorable Katherine Polk Failla, United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, at such date and time as the Court directs, for an order transferring this action to the United States District Court for the Eastern District of Texas for the convenience of the parties and witnesses and in the interest of justice, pursuant to 28 U.S.C. § 1404(a). The deadline for further submissions in connection with this motion are governed by Local Civil Rule 6.1.

Respectfully submitted,

HOLLAND & KNIGHT LLP

s/Kayla A. Joyce
Kayla A. Joyce, Esq.
787 Seventh Avenue, 31st Floor
New York, NY 10019
(212) 513-3200

Counsel for Georgios Palikaras

Dated: Dallas, Texas
August 8, 2024

HOLLAND & KNIGHT LLP

/s/ Jessica B. Magee
Jessica B. Magee, Esq. (*pro hac vice* forthcoming)
One Arts Plaza, 1722 Routh Street, Suite 1500
Dallas, Texas 75201
Tel: (214) 964-9500
Jessica.Magee@hklaw.com
Kayla.Joyce@hklaw.com

*Counsel for Georgios Palikaras*