UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
               Plaintiff, :
:
   -against- :   Case No. 1:24-cv-04806 (KPF)
:
:
JOHN BRDA, :
GEORGIOS PALIKARAS, :
:
               Defendants. :
:
------------------------------------------- x

**STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE AND EXTENDING TIME**

In accordance with Local Rule 7.1(d) and paragraphs 2.C. and 2.D. of the Court's Individual Rules of Practice in Civil Cases, and subject to the approval of the Court, plaintiff Securities and Exchange Commission and defendants John Brda and Georgios Palikaras, by their undersigned counsel, respectfully submit this stipulation and proposed order to amend the briefing schedule on defendants' motions to transfer venue to the U.S. District Court for the Eastern District of Texas [ECF Nos. 17, 22] and to extend defendants' current deadline to answer, move, or otherwise respond to the complaint.

WHEREAS:

A.    Plaintiff filed the complaint on June 25, 2024. ECF No. 1

B.    Defendants thereafter agreed to waive service of the complaint. ECF Nos. 10, 11. Under Federal Rule of Civil Procedure 4(d)(3), the current deadline for defendants to move, answer, or otherwise respond to the complaint is August 26, 2024.

C. On August 8, 2024, defendants filed motions to transfer this action to the United States District Court for the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a). ECF Nos. 17-19, 22-23. Under Local Civil Rule 6.1(b), any opposition to the motions must be filed on or before August 22, 2024, and any reply in further support of the motions must be filed on or before August 29, 2024.

D. The parties have conferred and have agreed to a revised briefing schedule on the motions to transfer venue and to an extension of defendants' deadline to answer, move, or otherwise respond to the complaint.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1. Any opposition to the motions to transfer venue shall be filed on or before September 4, 2024, and any reply in further support of the motions shall be filed on or before September 11, 2024.

2. Defendants' deadline to answer, move, or otherwise respond to the complaint is hereby extended through and including October 10, 2024.

[SIGNATURE PAGE FOLLOWS]

Dated: August 14, 2024

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION | DLA PIPER LLP (US) |
| By: _/s/ Patrick Disbennett (with authorization)_<br>    Patrick Disbennett<br>    Christopher Rogers | By: _/s/ Steven M. Rosato_<br>    Steven M. Rosato |
| 801 Cherry Street, Suite 1900<br>Fort Worth, Texas  76102<br>(817) 978-3821<br>disbennettpa@sec.gov<br>rogerschri@sec.gov | 1251 Avenue of the Americas<br>New York, New York  10020<br>(212) 335-4500<br>steven.rosato@us.dlapiper.com |
| *Attorneys for Plaintiff*<br>  *Securities and Exchange Commission* | Jason S. Lewis (*pro hac vice* forthcoming)<br>Jason M. Hopkins (*pro hac vice* forthcoming)<br>1900 N. Pearl Street, Suite 2200<br>Dallas, Texas  75201<br>(214) 743-4546<br>jason.lewis@us.dlapiper.com<br>jason.hopkins@us.dlapiper.com |
| | *Attorneys for Defendant*<br>  *John Brda* |

HOLLAND & KNIGHT LLP

By:   _/s/ Kayla A. Joyce (with authorization)_
      Kayla A. Joyce

787 Seventh Avenue, 31st Floor
New York, New York  10019
(212) 513-3200
Kayla.Joyce@hklaw.com

Jessica B. Magee
One Arts Plaza, 1722 Routh Street, Suite 1500
Dallas, Texas  75201
(214) 964-9500
Jessica.Magee@hklaw.com

*Attorneys for Defendant*
  *Georgios Palikaras*

SO ORDERED:

_____
       Hon. Katherine Polk Failla
       United States District Judge

4