UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
                Plaintiff, :
:
  -against- :  Case No. 1:24-cv-04806 (KPF)
:
:
JOHN BRDA, :
GEORGIOS PALIKARAS, :
:
              Defendants. :
:
------------------------------------------- x

## MOTION FOR *PRO HAC VICE* ADMISSION OF JASON S. LEWIS

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Jason S. Lewis, move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant John Brda in the above-captioned action.

I am a member in good standing of the bar of the state of Texas. Texas is the only state in which I am a member of the bar. I have never been convicted of a felony, never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary actions pending against me in any state or federal court.

My declaration in support of this Motion, a Certificate of Good Standing from the State Bar of Texas, and a Certificate of Good Standing from the Supreme Court of Texas are attached as **Exhibits A, B, and C** respectively.

Dated: Dallas, Texas  
       August 15, 2024

DLA PIPER LLP (US)

By:   */s/ Jason S. Lewis*  
      Jason S. Lewis

1900 N. Pearl Street, Suite 2200  
Dallas, Texas 75201  
Telephone: (214) 743-4548  
ason.lewis@us.dlapiper.com

*Attorney for Defendant*  
 *John Brda*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
                Plaintiff, :
:
   -against- :   Case No. 1:24-cv-04806 (KPF)
:
:
JOHN BRDA, :
GEORGIOS PALIKARAS, :
:
              Defendants. :
:
------------------------------------------- x

## DECLARATION OF JASON S. LEWIS

Pursuant to 28 U.S.C. §1746, Jason S. Lewis declares as follows:

1. I am over the age of eighteen years, I am an attorney that represents the Defendant John Brda in the above-titled action, I have personal knowledge of the facts set forth in this declaration, and if called to testify I would testify to the following facts.

2. I make this declaration pursuant to Rule 1.3 for the Local Rules of the United States Courts for the Southern District of New York in support of my motion for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant John Brda in the above-captioned action.

3. I have never been convicted of a felony; I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and there are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 15, 2024.                                  */s/ Jason S. Lewis*
                                                                                     Jason S. Lewis

# EXHIBIT B

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 30, 2024

Re: Mr. Jason Scott Lewis, State Bar Number 24007551

To Whom It May Concern:

This is to certify that Mr. Jason Scott Lewis was licensed to practice law in Texas on November 06, 1998, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,



Seana Willing
Chief Disciplinary Counsel
SW/web

# EXHIBIT C

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Jason Scott Lewis**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1998.

I further certify that the records of this office show that, as of this date

**Jason Scott Lewis**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 30th day of July, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas



No. 3998C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
                    Plaintiff, :
:
  -against- :    Case No. 1:24-cv-04806 (KPF)
:
:
JOHN BRDA, :
GEORGIOS PALIKARAS, :
:
                Defendants. :
:
------------------------------------------ x

## ORDER AS TO MOTION FOR *PRO HAC VICE* ADMISSION OF JASON S. LEWIS

The motion of Jason S. Lewis, for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Texas, and that his contact information is as follows:

    Jason S. Lewis
    **DLA PIPER LLP (US)**
    1900 N. Pearl Street, Suite 2200
    Dallas, Texas 75201
    Telephone: 214.743.4548
    Email: Jason.Lewis@us.dlapiper.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant John Brda in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____    _____
                                    Hon. Katharine Polk Failla
                                    United States District Judge