UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
: 
SECURITIES AND EXCHANGE :
COMMISSION, :
:
                Plaintiff, :
:
  -against- :    Case No. 1:24-cv-04806 (KPF)
:
:
JOHN BRDA, :
GEORGIOS PALIKARAS, :
:
             Defendants. :
:
------------------------------------------- x

# ORDER AS TO MOTION FOR *PRO HAC VICE*
## ADMISSION OF JASON S. LEWIS

The motion of Jason S. Lewis, for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Texas, and that his contact information is as follows:

> Jason S. Lewis
> **DLA PIPER LLP (US)**
> 1900 N. Pearl Street, Suite 2200
> Dallas, Texas 75201
> Telephone: 214.743.4548
> Email: Jason.Lewis@us.dlapiper.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant John Brda in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____     _____
                                        Hon. Katharine Polk Failla
                                        United States District Judge