UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRDA and GEORGIOS PALIKARAS,<br><br>Defendants. | Case No. 1:24-cv-004806 (KPF)(OTW) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jessica B. Magee hereby enters an appearance in connection with the above-captioned case on behalf of Defendant Georgios Palikaras. I certify that I am admitted to practice *pro hac vice* in this action before this Court.

Dated: Dallas, Texas
August 15, 2024

HOLLAND & KNIGHT LLP

/s/ Jessica B. Magee
Jessica B. Magee, Esq.
One Arts Plaza, 1722 Routh Street, Suite 1500
Dallas, TX 75201
Jessica.Magee@hklaw.com
Tel: (214) 969-1375

*Counsel for Georgios Palikaras*