UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

  -against-

JOHN BRDA,
GEORGIOS PALIKARAS,

             Defendants.
------------------------------------------ x

Case No. 1:24-cv-04806 (KPF)

**STIPULATION AND ORDER**
**SETTING BRIEFING SCHEDULE AND EXTENDING TIME**

In accordance with Local Rule 7.1(d) and paragraphs 2.C. and 2.D. of the Court's Individual Rules of Practice in Civil Cases, and subject to the approval of the Court, plaintiff Securities and Exchange Commission and defendants John Brda and Georgios Palikaras, by their undersigned counsel, respectfully submit this stipulation and proposed order to amend the briefing schedule on defendants' motions to transfer venue to the U.S. District Court for the Eastern District of Texas [ECF Nos. 17, 22] and to extend defendants' current deadline to answer, move, or otherwise respond to the complaint.

WHEREAS:

A.     Plaintiff filed the complaint on June 25, 2024. ECF No. 1

B.     Defendants thereafter agreed to waive service of the complaint. ECF Nos. 10, 11. Under Federal Rule of Civil Procedure 4(d)(3), the current deadline for defendants to move, answer, or otherwise respond to the complaint is August 26, 2024.

C. On August 8, 2024, defendants filed motions to transfer this action to the United States District Court for the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a). ECF Nos. 17-19, 22-23. Under Local Civil Rule 6.1(b), any opposition to the motions must be filed on or before August 22, 2024, and any reply in further support of the motions must be filed on or before August 29, 2024.

D. The parties have conferred and have agreed to a revised briefing schedule on the motions to transfer venue and to an extension of defendants' deadline to answer, move, or otherwise respond to the complaint.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, subject to the approval of the Court, as follows:

1. Any opposition to the motions to transfer venue shall be filed on or before September 4, 2024, and any reply in further support of the motions shall be filed on or before September 11, 2024.

2. Defendants' deadline to answer, move, or otherwise respond to the complaint is hereby extended through and including October 10, 2024.

[SIGNATURE PAGE FOLLOWS]

Dated:  August 14, 2024

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION | DLA PIPER LLP (US) |
| By:  */s/ Patrick Disbennett (with authorization)*<br>    Patrick Disbennett<br>    Christopher Rogers | By:  */s/ Steven M. Rosato*<br>    Steven M. Rosato |

U.S. SECURITIES AND EXCHANGE COMMISSION

By:  */s/ Patrick Disbennett (with authorization)*
    Patrick Disbennett
    Christopher Rogers

801 Cherry Street, Suite 1900
Fort Worth, Texas  76102
(817) 978-3821
disbennettpa@sec.gov
rogerschri@sec.gov

*Attorneys for Plaintiff*
  *Securities and Exchange Commission*

DLA PIPER LLP (US)

By:  */s/ Steven M. Rosato*
    Steven M. Rosato

1251 Avenue of the Americas
New York, New York  10020
(212) 335-4500
steven.rosato@us.dlapiper.com

Jason S. Lewis (*pro hac vice* forthcoming)
Jason M. Hopkins (*pro hac vice* forthcoming)
1900 N. Pearl Street, Suite 2200
Dallas, Texas  75201
(214) 743-4546
jason.lewis@us.dlapiper.com
jason.hopkins@us.dlapiper.com

*Attorneys for Defendant*
  *John Brda*

HOLLAND & KNIGHT LLP

By:  */s/ Kayla A. Joyce (with authorization)*
    Kayla A. Joyce

787 Seventh Avenue, 31st Floor
New York, New York  10019
(212) 513-3200
Kayla.Joyce@hklaw.com

Jessica B. Magee
One Arts Plaza, 1722 Routh Street, Suite 1500
Dallas, Texas  75201
(214) 964-9500
Jessica.Magee@hklaw.com

*Attorneys for Defendant*
  *Georgios Palikaras*

The initial pre-trial conference currently scheduled for September 13, 2024, is hereby ADJOURNED *sine die*, pending the outcome of Defendants' motion to transfer.

The Clerk of Court is directed to terminate the pending motion at docket entry 24.

Date:   August 15, 2024
        New York, New York

SO ORDERED:

_____
Hon. Katherine Polk Failla
United States District Judge