UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

     v.

JOHN BRDA and GEORGIOS PALIKARAS,

   Defendants.

Case No. 1:24-cv-004806 (KPF)(OTW)

---

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*** 

The motion of Jessica B. Magee for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Texas, and that her contact information is as follows:

   Jessica B. Magee
   HOLLAND & KNIGHT LLP
   One Arts Plaza, 1722 Routh Street, Suite 1500
   Dallas, TX 75201
   Jessica.Magee@hklaw.com
   Tel: (214) 969-1375

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Georgios Palikaras in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the pending motion at docket entry 21.

Dated: August 16, 2024
New York, New York

Hon. Katherine Polk Failla
United States District Judge