UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
: 
SECURITIES AND EXCHANGE :
COMMISSION, :
:
               Plaintiff, :
:
   -against- : Case No. 1:24-cv-04806 (KPF)
:
:
JOHN BRDA, :
GEORGIOS PALIKARAS, :
:
               Defendants. :
:
------------------------------------------- x

## MOTION FOR *PRO HAC VICE* ADMISSION OF JASON M. HOPKINS

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Jason M. Hopkins, move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant John Brda in the above-captioned action.

I am a member in good standing of the bar of the state of Texas. Texas is the only state in which I am a member of the bar. I have never been convicted of a felony, never been censured, suspended, disbarred, or denied admission or readmission by any court, and there are no disciplinary actions pending against me in any state or federal court.

My declaration in support of this Motion, a Certificate of Good Standing from the State Bar of Texas, and a Certificate of Good Standing from the Supreme Court of Texas are attached as **Exhibits A, B, and C** respectively.

Dated: Dallas, Texas
August 15, 2024

DLA PIPER LLP (US)

By:   */s/ Jason M. Hopkins*
      Jason M. Hopkins

1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 743-4546
jason.hopkins@us.dlapiper.com

*Attorney for Defendant
 John Brda*