# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ x
:
SECURITIES AND EXCHANGE : 
COMMISSION, :
:
                Plaintiff, :
:
   -against- :   Case No. 1:24-cv-04806 (KPF)
:
:
JOHN BRDA, :
GEORGIOS PALIKARAS, :
:
              Defendants. :
:
------------------------------------------ x

## DECLARATION OF JASON M. HOPKINS

      Pursuant to 28 U.S.C. §1746, Jason M. Hopkins declares as follows:

      1.      I am over the age of eighteen years, I am an attorney that represents the Defendant John Brda in the above-titled action, I have personal knowledge of the facts set forth in this declaration, and if called to testify I would testify to the following facts.

      2.      I make this declaration pursuant to Rule 1.3 for the Local Rules of the United States Courts for the Southern District of New York in support of my motion for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant John Brda in the above-captioned action.

      3.      I have never been convicted of a felony; I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and there are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: August 15, 2024.                                            _/s/ Jason M. Hopkins_____
                                                                                         Jason M. Hopkins