UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
              Plaintiff, :
:
  -against- :  Case No. 1:24-cv-04806 (KPF)
:
:
JOHN BRDA, :
GEORGIOS PALIKARAS, :
:
           Defendants. :
:
------------------------------------------- x

## ORDER AS TO MOTION FOR *PRO HAC VICE* ADMISSION OF JASON M. HOPKINS

    The motion of Jason M. Hopkins, for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Texas, and that his contact information is as follows:

    Jason M. Hopkins
    **DLA PIPER LLP (US)**
    1900 N. Pearl Street, Suite 2200
    Dallas, Texas 75201
    Telephone: 214.743.4546
    Email: Jason.hopkins@us.dlapiper.com

    Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant John Brda in the above-entitled action;

    IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____ _____

Hon. Katharine Polk Failla
United States District Judge