**Screenshots from Google Maps Searches Performed 9/2/2024**

SEC Fort Worth Regional Office → Sherman Courthouse (E.D. Tex.)







1

SEC Fort Worth Regional Office → Plano Courthouse (E.D. Tex.)





SEC Fort Worth Regional Office → Beaumont Courthouse (E.D. Tex.)





SEC Fort Worth Regional Office → Lufkin Courthouse (E.D. Tex.)





SEC Fort Worth Regional Office → Marshall Courthouse (E.D. Tex.)





SEC Fort Worth Regional Office → Texarkana Courthouse (E.D. Tex.)





SEC Fort Worth Regional Office → Tyler Courthouse (E.D. Tex.)





Dallas Love Field Airport → Plano Courthouse (E.D. Tex.)



Dallas Love Field Airport → Sherman Courthouse (E.D. Tex.)



Dallas-Fort Worth Airport → Plano Courthouse (E.D. Tex.)





Dallas-Fort Worth Airport → Sherman Courthouse (E.D. Tex.)





Midland, Texas → Plano Courthouse (E.D. Tex.)





Midland, Texas → Sherman Courthouse (E.D. Tex.)





Houston, Texas → Plano Courthouse (E.D. Tex.)





Houston, Texas → Sherman Courthouse (E.D. Tex.)





15

Meta Material's Massachusetts Office → Southern District of New York Courthouse





16