Screenshots from Online Searches for Commercial Flights Performed 8/30/2024

(searches performed via Microsoft Bing | Travel)









