```
                                                                  1

 1   THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3   In the Matter of:               )

 4                                   ) File No.  FW-04461-A

 5   TORCHLIGHT ENERGY               )

 6   RESOURCES, INC. n/k/a           )

 7   META MATERIALS, INC.            )

 8

 9   WITNESS:   Georgios Palikaras

10   PAGES:     1 through 177

11   PLACE:     Securities and Exchange Commission

12              Burnett Plaza, 801 Cherry Street, Suite 1900

13              Fort Worth, Texas 76102

14   DATE:      Wednesday, November 9, 2022

15

16        The above-entitled matter came on for hearing, via

17   WebEx, pursuant to notice, at 10:35 a.m.

18

19

20

21

22

23

24              Diversified Reporting Services, Inc.

25                      (202) 467-9200
```

**MARTINEZ DEC EXHIBIT 6**

5

1             P R O C E E D I N G S

2             MR. ROGERS:  So we are going on the record at

3    10:35 a.m. Central Daylight Time on November the 9th

4    2022.  Mr. Palikaras, could you please state and spell

5    your full name?

6             MR. PALIKARAS:  My name is Giorgio Palikaras.

7    I go by George Palikaras.  So my passport, the way it's

8    written is G-e-o-r-g-i-o-s, last name Palikaras, P-a-l-

9    i-k-a-r-a-s.

10            MR. ROGERS:  And do you have any other middle

11   names or other surnames?

12            MR. PALIKARAS:  No.  I do not.

13            MR. ROGERS:  And I have seen you referred to

14   commonly as George.  Is it -- am I correct in

15   understanding that sometimes that that's how you use

16   your first name?

17            MR. PALIKARAS:  That's correct.  That's most

18   of the time.  So the passport name is only used for kind

19   of legal documents and, well, traveled.

20            MR. ROGERS:  And do you have any other

21   nicknames or monikers that you go by as a name?

22            MR. PALIKARAS:  No.  I do not.

23            MR. ROGERS:  Distinguishing there, I am not

24   talking about online accounts.  We'll talk about some of

25   that later.  And, Mr. Palikaras, it's my understanding

6

1  that you are appearing today from California.  Is that
2  correct?
3          MR. PALIKARAS:  Yes.
4          MR. ROGERS:  And so I have spoken with your
5  counsel ahead of time, but I am going to administer an
6  oath to you now.  Will you swear to or affirm to tell
7  the truth, the whole truth, or nothing but the truth
8  here today?
9          MR. PALIKARAS:  I do.
10         MR. ROGERS:  Thank you.  And I am going to
11 point out that Mr. Martinez, who's assisting me with the
12 documents today, has pulled up a copy of the formal
13 order concerning this matter and proceeding.  Have you
14 had an opportunity to review that document today?
15         THE WITNESS:  Yes.  I have.
16         MR. ROGERS:  Okay.  And, Mr. Palikaras, we --
17 I introduced myself when we got on but my name is Chris
18 Rogers.  And I am a staff attorney at the Fort Worth
19 Regional Office of the SEC's Enforcement Division.  With
20 me today are Ty Martinez, who you have met, an
21 accountant in our group, and Samantha Martin, who is my
22 supervisor at the SEC.
23         We are all officers of the commission for
24 purposes of the proceeding today.  And then attending
25 tomorrow will be Matilda Singleton, one of our

[11/9/2022 10:35 AM] Palikaras, Georgios - Vol. I.20221109.41...

26

1      A    In the logo, yes.
2      Q    And with the acquisition of Rolith in 2016,
3  Meta Material, Inc. has had operations in the United
4  States since at least 2016.  Is that right?
5      A    That's right.
6      Q    Where is that office located?
7      A    It is in Pleasanton, California.
8      Q    And does Meta, the company that exists today,
9  maintain that office space?
10     A    That's correct.
11     Q    And does Meta have any other physical
12 locations in the United States?
13     A    Yes.  We have -- through the merger, we had to
14 Plano office, but that was more of a registered address
15 in Texas.  We had, since the merger, moved the
16 registered address to Boxborough in Massachusetts, where
17 Ken Rice, our CFO, and a few other people reside.
18          We have office in the Massachusetts area
19 throughout the Optodot acquisition.  And we have opened
20 recently an office in Maryland in the east coast in the
21 United States, where we are hosting our team under the
22 product name Vlepsis.  Our chief engineer Dr. Yiannis
23 Antoniades.  I can spell those names, but they are on
24 our website as well.
25          Dr. Antoniades, the last name is A-n-t-o-n-i-

27

1   a-d-e-s.  And these are the locations in the United
2   States.  We have, however, consultants, and people like
3   our chief marketing officer, who is in the New York, I
4   believe, area.  Our chief business officer who is also
5   residing, but they are all working from home so we have
6   people across the United States and a growing team.
7        Q    Thank you.  Mr. Palikaras, I would like to ask
8   you a little bit about -- you mentioned the firm Meta
9   Material, Inc., in its growth phase, and having some
10  experience with venture capital raises.  Could you
11  briefly summarize what your experience as the CEO of
12  Meta Material, Inc. was with that venture capital
13  process?
14       A    Yes.  So one of the early phases, you know,
15  the way that the startup operates, you know you can have
16  different rounds of investment.  It's kind of normal in
17  the startup technology world.  So our very first
18  investment was actually our own money so they -- my
19  money and the cofounders' investment.
20            Later on, we were attracted to the Canadian
21  ecosystem.  We met two investors.  One was the federal
22  government called ACOA, the Atlantic Canadian
23  Opportunities Agency which did investments in the form
24  of loans.  But the loans were zero interest, repayable
25  upon success which meant sales, and they were unsecured

```
                                                       Page 176
 1                    PROOFREADER'S CERTIFICATE
 2
 3    In the Matter of:    TORCHLIGHT ENERGY RESOURCES, INC.
 4    Witness:             Georgios Palikaras
 5    File No.             FW-04461-A
 6    Date:                Wednesday, November 9, 2022
 7    Location:            Fort Worth, Texas
 8
 9             This is to certify that I, Christine Boyce,
10    (the undersigned), do hereby certify that the foregoing
11    transcript is a complete, true and accurate
12    transcription of all matters contained on the recorded
13    proceedings of the investigative testimony.
14
15
16    _Christine E. Boyce_                    _____
17    (Proofreader's Name)                    11-16-2022
18
19
20
21
22
23
24
25
```

```
                                                                    177
 1              REPORTER'S CERTIFICATE

 2

 3    I, Kevin Carr, reporter, hereby certify that

 4    the foregoing transcript is a complete, true, and

 5    accurate transcript of the testimony indicated, held on

 6    November 9, 2022, in the matter of

 7    TORCHLIGHT ENERGY RESOURCES, INC.

 8

 9     I further certify that this proceeding was recorded by

10    me, and the foregoing transcript has been prepared under

11    my direction.

12     11/16/2022

13

14

15

16

17

18

19

20

21

22

23

24

25
```