**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>    - v -<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>                     Defendants. | Civ. Action No. 4:24-cv-1048<br><br>Hon. Sean D. Jordan |

**ORDER ON JOINT MOTION FOR BRIEFING SCHEDULE FOR DEFENDANTS'
MOTIONS TO DISMISS AND FOR LEAVE TO EXCEED PAGE LIMITS**

Plaintiff Securities and Exchange Commission and Defendants John Brda and Georgios Palikaras Joint Motion for Briefing Schedule for Defendants' Motions to Dismiss and for Leave to Exceed Page Limits is GRANTED.