UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § |
| v. | §  CIVIL NO. 4:24-CV-1048-SDJ § |
| JOHN BRDA, ET AL. | § § |

### ORDER

Before the Court is the parties' Joint Motion for Briefing Schedule for Defendants' Motion to Dismiss and for Leave to Exceed Page Limits. (Dkt. #41). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion, (Dkt. #41) is **GRANTED**.

It is further **ORDERED** that the deadline for Defendants to file motions to dismiss is **January 17, 2025**.

It is further **ORDERED** that the deadline for Plaintiff to file a response to Defendants' motions to dismiss is **February 28, 2025**.

It is further **ORDERED** that the deadline for Defendants to file replies in support of their motions to dismiss is **March 21, 2025**.

It is further **ORDERED** that each Defendant's motion to dismiss shall not exceed forty pages, Plaintiff's omnibus opposition to Defendants' dismissal motions shall not exceed fifty pages, and each Defendant's reply in support of dismissal shall not exceed fifteen pages.

**So ORDERED and SIGNED this 18th day of December, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE