**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>   v.<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>                      Defendants. | Case No. 4:24-cv-01048-SDJ |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT GEORGIOS PALIKARAS'S MOTION TO DISMISS**

Came on for consideration this day, the Motion to Dismiss for Failure to State a Claim and Brief in Support ("Motion") filed by Defendant Georgios Palikaras. Having considered the Motion, the parties' submissions, and the applicable law, the Court finds that the Motion is well-founded and should be GRANTED. It is therefore,

ORDERED that all claims against Defendant Georgios Palikaras are dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

SIGNED ON _____, 2025

_____
HON. SEAN D. JORDAN
UNITED STATES DISTRICT COURT JUDGE