**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>- v -<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>Defendants. | Civ. Action No. 4:24-cv-1048<br><br>Hon. Sean D. Jordan |

**DECLARATION OF RYAN D. LANTRY**
**IN SUPPORT OF DEFENDANT JOHN BRDA'S MOTION TO DISMISS**

I, Ryan D. Lantry, in accordance with 28 U.S.C. § 1746, hereby declare and state as follows:

1.    My name is Ryan D. Lantry.  I am over 21 years of age and reside in Dallas, Texas. I am an attorney of the law firm DLA Piper LLP (US) and I am one of the attorneys representing Defendant John Brda in the above-captioned matter.  I submit this declaration voluntarily in support of Defendant John Brda's Motion to Dismiss based on my personal knowledge.

2.    Attached as **Exhibit A-1** is a true and correct copy of a certified transcript of the partial unauthorized audio recording from May 13, 2021, upon which the Complaint cites to and relies upon.

3.    Attached as **Exhibit A-2** is a true and correct copy of the article titled *Torchlight Energy Resources Stock Appears To Be Significantly Overvalued*, Yahoo Finance dated March 28, 2021, which is available in the public domain at https://finance.yahoo.com/news/torchlight-energy-resources-stock-appears-171239430.html (last accessed January 15, 2025).

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge.

Executed this 16th day of January, 2025, in Dallas, Texas.

Ryan D. Lantry