```
 1                        ITALIAN CALL

 2

 3

 4

 5                        May 13, 2021

 6    Securities and Exchange Commission v. John Brda et al

 7                   Case No. 442347-000001

 8

 9

10

11

12

13

14

15    Transcribed by: John Smith

16    JOB No.   :          7091577

17

18

19

20

21

22

23

24

25
```

**EXHIBIT**

**A-1**

Page 1

1       A P P E A R A N C E S

2

3 MR. SIMONA

4 MR. GEORGE

5 MR. MARK

6 MR. FREDERICO

7

8       C O N T E N T S

9

10 MR. SIMONA...........................................................................................................3

11 MR. GEORGE.........................................................................................................4

12 MR. MARK.............................................................................................................4

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                          Page 2

1       R E C O R D I N G
2       MR. SIMONA: Mr. -- Mr. George?
3       MR. GEORGE: Yes.
4       MR. SIMONA:  Regarding -- if this is possible
5 use a deep analysis, what is -- how use -- we use
6 (inaudible) or not.  The increase of your
7 capitalization of Meta Materials, that you pass supply
8 of 300 million of Canadian dollars, you pass above two
9 billions of dollars in -- in NASDA stock, and you have
10 -- from yesterday for example, to the next day when
11 finished the merger, you increase your -- your
12 capitalization with an (inaudible).
13       MR. GEORGE:  Yes.  There will be an exchange
14 ratio of multiplication.
15       MR. SIMONA:  Yes.
16       MR. GEORGE:  That will increase --
17       MR. SIMONA:  But it is a cost (inaudible)
18 justify this larger price to -- is it for you, or?
19       MR. MARK:  Yeah, basically the concern,
20 George, is the following, we are going to get a much
21 higher market capitalization in one day, right?  As
22 soon as we go into the Nasdaq.
23       MR. GEORGE:  Yeah.
24       MR. MARK:  And what the question that Simona
25 was asking was, how do you justify that delta in
                                                          Page 3

1 market capitalization in -- in one day?  Like -- so
2 today we quote with 300 million market cap, and then
3 you go to building.
4       MR. GEORGE:  It's very simple.  Yeah.  Our
5 market capitalization today on the Canadian side is
6 very low compared to where it should be, so if anybody
7 wanted to buy MMAT stock today, they are gaining a
8 massive amount because of this exchange ratio that was
9 negotiated in December last year.  The difficulty and
10 the reason why it's not reflected in the market
11 capitalization today is a couple of reasons:  Number
12 one, nobody is selling the stock, number two, even if
13 somebody wanted to buy the MMAT stock, it's very
14 difficult because our exchange is the CSE, so the
15 liquidity is not available for -- I would say 90
16 percent of the brokers, they cannot buy our stock, so
17 that is one of the -- I guess mechanically the
18 challenges, and why our stock is still considered a
19 bargain, you know, if you can actually buy it.
20       MR. SIMONA:  And -- and for you, you justify
21 this -- this (inaudible) is a -- is either
22 capitalization because you -- you have your -- your
23 doing is -- is closing, and you don't have a
24 possibility to fly for it, and probably yes, if you
25 stay in free market that for nothing, that you have a
                                                          Page 4

1 possibility to have higher chance.  You have your --
2 your brand (inaudible) potentiality and with high
3 price, the share is correct.
4       MR. GEORGE:  That's correct.  And there are
5 many examples like this, for example, SPAC deals that
6 have been made recently with startups that have no
7 revenue, and sometimes one customer valued at 1.5
8 billion, or more, has been the case, and our case is
9 much more -- I would say, real in the sense that we
10 have a lot of IP, we have -- as you saw, more than one
11 customer, we are in the growth phase, we've been
12 around for 10 years, and there is also an element of
13 the oil and gas price, which gives another value to
14 the assets of Torchlight that is growing as well, so
15 the market conditions are helping both of us actually
16 achieve a higher value, at least from a market
17 perspective, that's what I see.
18       MR. SIMONA:  Okay.  I -- I try to -- to
19 translate.
20       MR. GEORGE:  And there is one more element to
21 add here, which is the -- let's call it the X factor.
22 If you notice, the Torchlight stock is massively
23 shorted.
24       MR. SIMONA:  Yeah.
25       MR. GEORGE:  There are not only American
                                                          Page 5

2 (Pages 2 - 5)

1 short positions, but also international and naked
2 short positions.  This deal is set up not to give a
3 cash dividend at closing, so in order for the short
4 positions to cover, they have to have the stock on
5 their hand because the dividend will be paid out as a
6 preferred share, not cash.  As a result, there is no
7 physical way for the shorts to cover this stock when
8 the time to close, and we believe -- or at least we
9 expect that there will be -- if the market conditions
10 allow a potential jump towards the close, we don't
11 know by how much, and we don't know if it's going to
12 happen, but we have seen other stocks that have
13 experienced a massive increase towards such an event
14 where the shorts have to, you know, it's called a
15 short squeeze.
16      We are -- if you look at the statistics
17 today, we are in the top three percentile globally for
18 a short squeeze, and talking about Torchlight.  And if
19 that happens, then, I mean, if the stock obviously
20 goes to $4, $5, whatever it goes to -- or $1, you
21 know, if the markets collapse, you know, there's
22 always that delta that's going to be reflected at the
23 end when we close the deal for the full
24 capitalization.  So it could be very positive, it
25 could be also negative depending on the market

Page 6

1 conditions.
2      MR. SIMONA:  Regarding of this topic, if you
3 don't communicate the -- MR. George?
4      MR. GEORGE:  Yes.
5      MR. SIMONA:  I have a question, sir,
6 regarding of this topic, I understand that you want to
7 communicate before that to the shareholders assembly
8 meeting, the -- the special dividend took -- was seen
9 to give to the preferred (inaudible), but you don't
10 make the joke of the -- the short people, they joke
11 will (inaudible).
12      MR. GEORGE:  So --
13      MR. SIMONA:  And if -- if the special
14 dividend for you, because if -- if it is special
15 dividend is about $1, probably many people exit, in
16 case you give a dividend (inaudible), probably you --
17 you give a possibility shareholders (inaudible) the
18 shares.
19      MR. GEORGE:  Yeah.  So I understand the
20 challenge, let's say.  It is in every document, and
21 communication filed officially or even press releases,
22 that there will not be a dollar amount press released
23 until we sell the assets.  According to the schedule,
24 the assets need to be sold in about six months' time.
25      MR. SIMONA:  Yeah.

Page 7

1      MR. GEORGE:  As you know, when Torchlight
2 decided to sell the business, let's say, to change 180
3 degrees, their business model, and find a company like
4 us, they looked at many different companies, they
5 selected us, we selected them, and today, you know,
6 the price of oil from one -- 12-month period, went
7 from negative to being, you know, let's say in a good
8 momentum.
9      MR. SIMONA:  Yeah.
10      MR. GEORGE:  So the more time that goes by
11 over the next six months, I can tell you that
12 Torchlight management is speaking to the right
13 potential buyers, that they're top tier, and frankly,
14 nobody can predict if this is going to be a -- a $1 or
15 a $20 dividend that it's very difficult because buyers
16 have their own different motivations, and they'll
17 think about the price differently depending on where
18 we are in the market.  You have seen that in the
19 United States the new President Biden has done some
20 additional restrictions in the oil and gas industry.
21      MR. SIMONA:  Yeah.
22      MR. GEORGE:  And that makes an asset -- or
23 the assets that Torchlight has even more valuable.  So
24 if you announce a dividend today, you are shooting
25 yourself in the foot, as they say.  I believe that the

Page 8

1 dividend will be very exciting for the Torchlight
2 shareholders, and my hope is that they'll take it, and
3 do whatever they want with it, and maybe buy some
4 additional MMAT stock on the future, on the Nasdaq,
5 that's my hope, and that's why we did not want to
6 touch the dividend, because we on the Meta side could
7 not even predict the price of oil six months ago, or
8 where the -- this Biden administration would create
9 potentially additional reasons for the assets to be
10 more valuable.
11      MR. SIMONA:  And for you, if (crosstalk).
12      MR. GEORGE:  So the -- the -- to conclude the
13 (inaudible) conclude is that it's -- it's a preferred
14 share for a reason, it's not priced, and in order for
15 the shorts to deliver this, they have to own the
16 stock, they cannot borrow the stock, they can -- they
17 cannot short the stock, they have to own the stock to
18 participate in the dividend, and so does any other
19 normal investor.  And as a result, because of the
20 potential is -- if you look at the statistics, you
21 know, it could be a dollar to more than $20 according
22 to the analysis.  It's, you know, it's -- it's
23 difficult to -- to predict where it's going to end up.
24      MR. SIMONA:  But if -- if I divide it in a --
25 in a three range, this is a -- this range that you

Page 9

3 (Pages 6 - 9)

1 give us from a $1 to $20, and if it is a low for
2 example, is a 1 to 5, medium, 5 to 12, and 5 to -- 12
3 to 20, for -- for you we're staying a low, medium
4 height.
5        MR. GEORGE:  I cannot give you that
6 prediction.  I am not part of the management of
7 Torchlight, also I'm not an expert in oil and gas
8 assets.
9        MR. SIMONA:  What if Derek?
10       MR. GEORGE:  Derek may be better suited.  And
11 when I say 20, that could be also a low number, like,
12 honestly, today I know that whatever it was valued at
13 last year, it's more, that's the only thing I can tell
14 you, just based on the price of oil, and what the
15 Biden administration has done.  Other than that,
16 everything else is speculative, so, I don't know,
17 Mark, if you want to add to this?
18       MR. MARK: Yeah.  Just -- just Marco, we -- we
19 can talk more about price, okay?  The -- the price
20 stuff, I -- I don't mean to be disrespectful, but we
21 are putting us in a difficult position, you -- you're
22 not allowed -- you're not allowed -- he's a director
23 of the company, and talk about future price, okay?
24 We've also used a half hour of an hour, and you -- we
25 haven't even started on the company.

Page 10

1        CERTIFICATE OF TRANSCRIBER
2        I, JOHN SMITH, do hereby certify that this
3 transcript was prepared from the digital audio
4 recording of the foregoing proceeding, that said
5 transcript is a true and accurate record of the
6 proceedings to the best of my knowledge, skills, and
7 ability; that I am neither counsel for, related to,
8 nor employed by any of the parties to the action in
9 which this was taken; and, further, that I am not a
10 relative or employee of any counsel or attorney
11 employed by the parties hereto, nor financially or
12 otherwise interested in the outcome of this action.
13
14                    *John Smith*
15                    JOHN SMITH
16
17
18
19
20
21
22
23
24
25

Page 12

1        MR. GEORGE:  Frederico, you're -- you're
2 muted.
3        MR. FREDERICO:  No -- no, it's all good --
4 it's so good, Mark, it's good.  No -- no, it's -- it's
5 duty worker, we have --
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 11

4 (Pages 10 - 12)

**[1 - crosstalk]**

| 1 |
|---|
| **1**  6:20 7:15 8:14 10:1,2 |
| **1.5**  5:7 |
| **10**  5:12 |
| **12**  8:6 10:2,2 |
| **13**  1:5 |
| **180**  8:2 |
| **18266**  12:14 |

| 2 |
|---|
| **20**  8:15 9:21 10:1,3,11 |
| **2021**  1:5 |

| 3 |
|---|
| **3**  2:10 |
| **300**  3:8 4:2 |

| 4 |
|---|
| **4**  2:11,12 6:20 |
| **442347-0000...** 1:7 |

| 5 |
|---|
| **5**  6:20 10:2,2,2 |

| 7 |
|---|
| **7091577**  1:16 |

| 9 |
|---|
| **90**  4:15 |

| a |
|---|
| **ability**  12:7 |
| **above**  3:8 |

**accurate**  12:5
**achieve**  5:16
**action**  12:8,12
**actually**  4:19 5:15
**add**  5:21 10:17
**additional**  8:20 9:4,9
**administration** 9:8 10:15
**ago**  9:7
**al**  1:6
**allow**  6:10
**allowed**  10:22 10:22
**american**  5:25
**amount**  4:8 7:22
**analysis**  3:5 9:22
**announce**  8:24
**anybody**  4:6
**asking**  3:25
**assembly**  7:7
**asset**  8:22
**assets**  5:14 7:23 7:24 8:23 9:9 10:8
**attorney**  12:10
**audio**  12:3
**available**  4:15

| b |
|---|
| **bargain**  4:19 |
| **based**  10:14 |
| **basically**  3:19 |
| **believe**  6:8 8:25 |
| **best**  12:6 |
| **better**  10:10 |
| **biden**  8:19 9:8 10:15 |
| **billion**  5:8 |
| **billions**  3:9 |
| **borrow**  9:16 |
| **brand**  5:2 |
| **brda**  1:6 |
| **brokers**  4:16 |
| **building**  4:3 |
| **business**  8:2,3 |
| **buy**  4:7,13,16 4:19 9:3 |
| **buyers**  8:13,15 |

| c |
|---|
| **c**  2:1,8 3:1 |
| **call**  1:1 5:21 |
| **called**  6:14 |
| **canadian**  3:8 4:5 |
| **cap**  4:2 |
| **capitalization** 3:7,12,21 4:1,5 4:11,22 6:24 |
| **case**  1:7 5:8,8 7:16 |

**cash**  6:3,6
**certificate**  12:1
**certify**  12:2
**challenge**  7:20
**challenges**  4:18
**chance**  5:1
**change**  8:2
**close**  6:8,10,23
**closing**  4:23 6:3
**collapse**  6:21
**commission**  1:6
**communicate** 7:3,7
**communication** 7:21
**companies**  8:4
**company**  8:3 10:23,25
**compared**  4:6
**concern**  3:19
**conclude**  9:12 9:13
**conditions**  5:15 6:9 7:1
**considered** 4:18
**correct**  5:3,4
**cost**  3:17
**counsel**  12:7,10
**couple**  4:11
**cover**  6:4,7
**create**  9:8
**crosstalk**  9:11

Page 1

**[cse - international]**

| | | | |
|---|---|---|---|
| **cse**  4:14 | **document**  7:20 | **find**  8:3 | **going**   3:20 6:11 |
| **customer**   5:7 | **doing**   4:23 | **finished**   3:11 | 6:22 8:14 9:23 |
| 5:11 | **dollar**   7:22 | **fly**   4:24 | **good**   8:7 11:3,4 |
| **d** | 9:21 | **following**   3:20 | 11:4 |
| | **dollars**   3:8,9 | **foot**   8:25 | **growing**   5:14 |
| **d**   3:1 | **duty**   11:5 | **foregoing**   12:4 | **growth**   5:11 |
| **day**   3:10,21 4:1 | **e** | **frankly**   8:13 | **guess**   4:17 |
| **deal**   6:2,23 | | **frederico**   2:6 | **h** |
| **deals**  5:5 | **e**   2:1,1,8 3:1 | 11:1,3 | |
| **december**   4:9 | **either**   4:21 | **free**   4:25 | **half**   10:24 |
| **decided**   8:2 | **element**   5:12 | **full**   6:23 | **hand**   6:5 |
| **deep**   3:5 | 5:20 | **further**   12:9 | **happen**   6:12 |
| **degrees**   8:3 | **employed**   12:8 | **future**   9:4 | **happens**   6:19 |
| **deliver**   9:15 | 12:11 | 10:23 | **height**   10:4 |
| **delta**   3:25 6:22 | **employee**   12:10 | | **helping**   5:15 |
| **depending**   6:25 | **et**   1:6 | **g** | **hereto**   12:11 |
| 8:17 | **event**   6:13 | **g**   3:1 | **high**   5:2 |
| **derek**   10:9,10 | **example**   3:10 | **gaining**   4:7 | **higher**   3:21 5:1 |
| **different**   8:4,16 | 5:5 10:2 | **gas**   5:13 8:20 | 5:16 |
| **differently**   8:17 | **examples**   5:5 | 10:7 | **honestly**   10:12 |
| **difficult**   4:14 | **exchange**   1:6 | **george**   2:4,11 | **hope**   9:2,5 |
| 8:15 9:23 | 3:13 4:8,14 | 3:2,3,13,16,20 | **hour**   10:24,24 |
| 10:21 | **exciting**   9:1 | 3:23 4:4 5:4,20 | **i** |
| **difficulty**   4:9 | **exit**   7:15 | 5:25 7:3,4,12 | |
| **digital**   12:3 | **expect**   6:9 | 7:19 8:1,10,22 | **inaudible**   3:6 |
| **director**   10:22 | **experienced** | 9:12 10:5,10 | 3:12,17 4:21 |
| **disrespectful** | 6:13 | 11:1 | 5:2 7:9,11,16 |
| 10:20 | **expert**   10:7 | **give**   6:2 7:9,16 | 7:17 9:13 |
| **divide**   9:24 | **f** | 7:17 10:1,5 | **increase**   3:6,11 |
| **dividend**   6:3,5 | | **gives**   5:13 | 3:16 6:13 |
| 7:8,14,15,16 | **factor**   5:21 | **globally**   6:17 | **industry**   8:20 |
| 8:15,24 9:1,6 | **filed**   7:21 | **go**   3:22 4:3 | **interested** |
| 9:18 | **financially** | **goes**   6:20,20 | 12:12 |
| | 12:11 | 8:10 | **international** |
| | | | 6:1 |

Veritext Legal Solutions
800-336-4000

**[investor - preferred]**

| | | | |
|---|---|---|---|
| **investor**  9:19 | **management** | **multiplication** | **p** |
| **ip**  5:10 | 8:12 10:6 | 3:14 | **p**  2:1,1 |
| **italian**  1:1 | **marco**  10:18 | **muted**  11:2 | **paid**  6:5 |
| **it's**  4:13 | **mark**  2:5,12 | **n** | **part**  10:6 |
| **j** | 3:19,24 10:17 | **n**  2:1,8,8 3:1 | **participate** |
| **job**  1:16 | 10:18 11:4 | **naked**  6:1 | 9:18 |
| **john**  1:6,15 | **market**  3:21 | **nasda**  3:9 | **parties**  12:8,11 |
| 12:2,15 | 4:1,2,5,10,25 | **nasdaq**  3:22 | **pass**  3:7,8 |
| **joke**  7:10,10 | 5:15,16 6:9,25 | 9:4 | **people**  7:10,15 |
| **jump**  6:10 | 8:18 | **need**  7:24 | **percent**  4:16 |
| **justify**  3:18,25 | **markets**  6:21 | **negative**  6:25 | **percentile**  6:17 |
| 4:20 | **massive**  4:8 | 8:7 | **period**  8:6 |
| **k** | 6:13 | **negotiated**  4:9 | **perspective** |
| **know**  4:19 6:11 | **massively**  5:22 | **neither**  12:7 | 5:17 |
| 6:11,14,21,21 | **materials**  3:7 | **new**  8:19 | **phase**  5:11 |
| 8:1,5,7 9:21,22 | **mean**  6:19 | **normal**  9:19 | **physical**  6:7 |
| 10:12,16 | 10:20 | **notice**  5:22 | **position**  10:21 |
| **knowledge** | **mechanically** | **number**  4:11 | **positions**  6:1,2 |
| 12:6 | 4:17 | 4:12 10:11 | 6:4 |
| **l** | **medium**  10:2,3 | **o** | **positive**  6:24 |
| **larger**  3:18 | **meeting**  7:8 | **o**  2:8 3:1 | **possibility**  4:24 |
| **liquidity**  4:15 | **merger**  3:11 | **obviously**  6:19 | 5:1 7:17 |
| **look**  6:16 9:20 | **meta**  3:7 9:6 | **officially**  7:21 | **possible**  3:4 |
| **looked**  8:4 | **million**  3:8 4:2 | **oil**  5:13 8:6,20 | **potential**  6:10 |
| **lot**  5:10 | **mmat**  4:7,13 | 9:7 10:7,14 | 8:13 9:20 |
| **low**  4:6 10:1,3 | 9:4 | **okay**  5:18 | **potentiality**  5:2 |
| 10:11 | **model**  8:3 | 10:19,23 | **potentially**  9:9 |
| **m** | **momentum**  8:8 | **order**  6:3 9:14 | **predict**  8:14 |
| **made**  5:6 | **month**  8:6 | **outcome**  12:12 | 9:7,23 |
| **make**  7:10 | **months**  8:11 | **own**  8:16 9:15 | **prediction**  10:6 |
| **makes**  8:22 | 9:7 | 9:17 | **preferred**  6:6 |
| | **months'**  7:24 | | 7:9 9:13 |
| | **motivations** | | |
| | 8:16 | | |

Veritext Legal Solutions
800-336-4000

**[prepared - torchlight]**

| | | | |
|---|---|---|---|
| **prepared**  12:3 | **regarding**  3:4 | **shorted**  5:23 | **stay**  4:25 |
| **president**  8:19 |   7:2,6 | **shorts**  6:7,14 | **staying**  10:3 |
| **press**  7:21,22 | **related**  12:7 |   9:15 | **stock**  3:9 4:7,12 |
| **price**  3:18 5:3 | **relative**  12:10 | **side**  4:5 9:6 |   4:13,16,18 |
|   5:13 8:6,17 9:7 | **released**  7:22 | **signature**  12:14 |   5:22 6:4,7,19 |
|   10:14,19,19,23 | **releases**  7:21 | **simona**  2:3,10 |   9:4,16,16,17,17 |
| **priced**  9:14 | **restrictions** |   3:2,4,15,17,24 | **stocks**  6:12 |
| **probably**  4:24 |   8:20 |   4:20 5:18,24 | **stuff**  10:20 |
|   7:15,16 | **result**  6:6 9:19 |   7:2,5,13,25 8:9 | **suited**  10:10 |
| **proceeding** | **revenue**  5:7 |   8:21 9:11,24 | **supply**  3:7 |
|   12:4 | **right**  3:21 8:12 |   10:9 | **t** |
| **proceedings** | **s** | **simple**  4:4 | **t**  2:8,8 |
|   12:6 | **s**  2:1,8 | **sir**  7:5 | **take**  9:2 |
| **putting**  10:21 | **saw**  5:10 | **six**  7:24 8:11 | **taken**  12:9 |
| **q** | **schedule**  7:23 |   9:7 | **talk**  10:19,23 |
| **question**  3:24 | **securities**  1:6 | **skills**  12:6 | **talking**  6:18 |
|   7:5 | **see**  5:17 | **smith**  1:15 12:2 | **tell**  8:11 10:13 |
| **quote**  4:2 | **seen**  6:12 7:8 |   12:15 | **thing**  10:13 |
| **r** |   8:18 | **sold**  7:24 | **think**  8:17 |
| **r**  2:1 3:1,1 | **selected**  8:5,5 | **somebody**  4:13 | **three**  6:17 9:25 |
| **range**  9:25,25 | **sell**  7:23 8:2 | **soon**  3:22 | **tier**  8:13 |
| **ratio**  3:14 4:8 | **selling**  4:12 | **spac**  5:5 | **time**  6:8 7:24 |
| **real**  5:9 | **sense**  5:9 | **speaking**  8:12 |   8:10 |
| **reason**  4:10 | **set**  6:2 | **special**  7:8,13 | **today**  4:2,5,7 |
|   9:14 | **share**  5:3 6:6 |   7:14 |   4:11 6:17 8:5 |
| **reasons**  4:11 |   9:14 | **speculative** |   8:24 10:12 |
|   9:9 | **shareholders** |   10:16 | **took**  7:8 |
| **recently**  5:6 |   7:7,17 9:2 | **squeeze**  6:15,18 | **top**  6:17 8:13 |
| **record**  12:5 | **shares**  7:18 | **started**  10:25 | **topic**  7:2,6 |
| **recording**  12:4 | **shooting**  8:24 | **startups**  5:6 | **torchlight**  5:14 |
| **reflected**  4:10 | **short**  6:1,2,3,15 | **states**  8:19 |   5:22 6:18 8:1 |
|   6:22 |   6:18 7:10 9:17 | **statistics**  6:16 |   8:12,23 9:1 |
| | | |   9:20 |   10:7 |

Veritext Legal Solutions
800-336-4000

**[touch - yesterday]**

| | |
|---|---|
| **touch**  9:6 | **we've**  5:11 |
| **towards**  6:10 |   10:24 |
|   6:13 | **went**  8:6 |
| **transcribed** | **worker**  11:5 |
|   1:15 | **x** |
| **transcriber** | **x**  5:21 |
|   12:1 | **y** |
| **transcript**  12:3 | **yeah**  3:19,23 |
|   12:5 |   4:4 5:24 7:19 |
| **translate**  5:19 |   7:25 8:9,21 |
| **true**  12:5 |   10:18 |
| **try**  5:18 | **year**  4:9 10:13 |
| **two**  3:8 4:12 | **years**  5:12 |
| **u** | **yesterday**  3:10 |
| **understand**  7:6 | |
|   7:19 | |
| **united**  8:19 | |
| **use**  3:5,5,5 | |
| **used**  10:24 | |
| **v** | |
| **v**  1:6 | |
| **valuable**  8:23 | |
|   9:10 | |
| **value**  5:13,16 | |
| **valued**  5:7 | |
|   10:12 | |
| **w** | |
| **want**  7:6 9:3,5 | |
|   10:17 | |
| **wanted**  4:7,13 | |
| **way**  6:7 | |

Veritext Legal Solutions
800-336-4000