**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> - v - <br><br> JOHN BRDA, <br> GEORGIOS PALIKARAS, <br><br> Defendants. | Civ. Action No. 4:24-cv-1048 <br><br> Hon. Sean D. Jordan |

**ORDER**

This Court, having considered Defendant John Brda's Motion to Dismiss pursuant to Rule 12(b)(6), together with all related filings and matters appropriate for consideration pursuant to law, finds that the Motion should be GRANTED. It is therefore,

**ORDERED, ADJUDGED, and DECREED** that all claims against Defendant John Brda's are dismissed with prejudice.