IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     - v -<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>          Defendants. | Civil No. 4:24-cv-1048-SDJ |

**DEFENDANT BRDA'S UNOPPOSED MOTION TO CONTINUE
RULE 16 MANAGEMENT CONFERENCE**

Defendant John Brda by and through his undersigned counsel, files this Unopposed Motion to Continue the Rule 16 Management Conference currently set for Wednesday, March 19, 2025, at 11:00 a.m. to April 16, 2025, at 11:00 a.m., or to another date that is convenient for the Court, and in support thereof would respectfully show the Court as follows:

1.  Plaintiff Securities and Exchange Commission filed the complaint on June 25, 2024 in the United States District Court for the Southern District of New York ("SDNY"). [Dkt. #1.]

2.  On November 18, 2024, Judge Failla of the SDNY granted Defendants' motions to transfer this case to this District. [Dkt. #39.]

3.  Mr. Brda filed a motion to dismiss on January 17, 2025. [Dkt. #45.]

4.  On January 24, 2025, the Court entered an Order Governing Proceedings, which, among other things, scheduled the Rule 16 management conference for Wednesday, March 19, 2025, at 11:00 a.m. [Dkt. #47.]

5. Lead counsel for Mr. Brda has a pre-planned and paid-for international trip during the date set for the Rule 16 management conference on March 19, 2025.

6. Mr. Brda requests that the Rule 16 management conference be rescheduled to April 16, 2025, or to another date that is convenient for the Court.

7. Counsel for Mr. Brda conferred with Judge Jordan's judicial assistant on January 28, 2025, and she confirmed the Court's next availability for a Rule 16 management conference would be on April 16, 2025.

8. Plaintiff Securities and Exchange Commission is unopposed to this motion.

9. Defendant Georgios Palikaras is unopposed to this motion.

10. Mr. Brda has shown good cause for this continuance.

11. Neither Plaintiff Securities and Exchange Commission, nor Defendant Georgios Palikaras will be prejudiced by the continuance.

12. No other dates will be affected by the brief continuance.

13. This motion is not filed for purposes of delay, but so that justice may be done.

14. A proposed order is attached to this motion.

WHEREFORE, for the foregoing reasons, Mr. Brda respectfully requests that the Court entered the proposed order resetting the Rule 16 management conference, and grant Mr. Brda any other or further relief to which he may be justly entitled.

Dated: January 30, 2025.

                                                  Respectfully submitted,

/s/ *Jason S. Lewis*
Jason S. Lewis
  Texas Bar No. 24007551
  jason.lewis@us.dlapiper.com
Jason M. Hopkins
  Texas Bar No. 24059969
  jason.hopkins@us.dlapiper.com
Ryan D. Lantry
  Texas Bar No. 24125130
  ryan.lantry@us.dlapiper.com
**DLA PIPER LLP**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: 214.743.4546
Facsimile: 214.743.4545

***ATTORNEYS FOR DEFENDANT JOHN BRDA***

**CERTIFICATE OF CONFERENCE**

I certify that I conferred in good faith with all counsel of record as to the relief sought herein on January 30, 2025. Counsel for Defendant Georgios Palikaras indicated they are unopposed to the relief sought herein. Counsel for Plaintiff indicated they are unopposed to the relief sought herein.

/s/ *Jason S. Lewis*
Jason S. Lewis

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing motion on all counsel of record via the Court's CM/ECF system on January 30, 2025.

/s/ *Jason S. Lewis*
Jason S. Lewis