IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                 Plaintiff,<br><br>        - v -<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>                 Defendants. | Civil No. 4:24-cv-1048-SDJ |

**ORDER ON DEFENDANT BRDA'S UNOPPOSED MOTION TO CONTINUE
RULE 16 MANAGEMENT CONFERENCE**

Before the Court is Defendant John Brda's Unopposed Motion to Continue the Rule 16 Management Conference. The Court, having considered the motion, concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the Rule 16 management conference currently scheduled for March 19, 2025, at 11:00 a.m. is **RESET** for April 16, 2025, at 11:00 a.m. at the United States Courthouse, 7940 Preston Road, Plano, Texas 75024 or another date that is convenient for the Court.