UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § |
| v. | §    CIVIL NO. 4:24-CV-1048-SDJ |
| JOHN BRDA, ET AL. | § § § |

## **ORDER**

Before the Court is Defendant Brda's Unopposed Motion to Continue Rule 16 Management Conference. (Dkt. #48). Having considered the motion, the Court concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Rule 16 management conference is rescheduled for **Wednesday, April 16, 2025, at 11:00 a.m.** at the United States Courthouse, 7940 Preston Road, Plano, Texas 75024. All other provisions of the Order Governing Proceedings, (Dkt. #47), remain in effect.

**So ORDERED and SIGNED this 31st day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE