# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>- v -<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>                  Defendants. | Civil No. 4:24-CV-1048-SDJ |

## **DEFENDANT JOHN BRDA'S NOTICE OF INITIAL MANDATORY DISCLOSURES**

Pursuant to Local Rule CV-26(c), Defendant John Brda, by his undersigned attorneys, hereby provides notice that on February 24, 2025, he served his Initial Mandatory Disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1) and the Order Governing Proceedings [Dkt. #47].

Dated: February 24, 2025.

Respectfully submitted,

/s/ *Jason S. Lewis*

Jason S. Lewis
  Texas Bar No. 24007551
  jason.lewis@us.dlapiper.com
Jason M. Hopkins
  Texas Bar No. 24059969
  jason.hopkins@us.dlapiper.com
Ryan D. Lantry
  Texas Bar No. 24125130
  ryan.lantry@us.dlapiper.com
**DLA PIPER LLP**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone: 214.743.4546
Facsimile: 214.743.4545

***ATTORNEYS FOR DEFENDANT JOHN BRDA***

**CERTIFICATE OF SERVICE**

      I certify that on February 24, 2025, I caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court for the Eastern District of Texas, Sherman Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                       /s/ *Jason S. Lewis*
                                          Jason S. Lewis