## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>Defendants. | Civ. Action No. 4:24-cv-1048-SDJ |

### PLAINTIFF'S NOTICE OF INITIAL MANDATORY DISCLOSURES

Pursuant to Local Rule CV-26(c), Plaintiff Securities and Exchange Commission, hereby provides notice that on February 24, 2025, it served its Initial Mandatory Disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1) and the Order Governing Proceedings [Dkt. #47].

Dated:  February 25, 2025

Respectfully submitted,

/s/ *Patrick Disbennett*
Patrick Disbennett
Texas Bar No. 24094629
Christopher Rogers
Texas Bar No. 24051264
Securities and Exchange Commission
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
Tel: 817-978-3821
disbennettpa@sec.gov
rogerschri@sec.gov

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

      I certify that on February 25, 2025, I caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court for the Eastern District of Texas, Sherman Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

      /s/ *Patrick Disbennett*
      Patrick Disbennett