# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>                    Defendants. | Case No. 4:24-cv-01048-SDJ |

### **DEFENDANT GEORGIOS PALIKARAS'S NOTICE OF INITIAL MANDATORY DISCLOSURES**

Defendant Georgios Palikaras ("Palikaras"), by and through undersigned counsel, hereby provides notice pursuant to Local Rule CV-26(c) that on February 24, 2025, he served his Initial Mandatory Disclosures as required by Federal Rule of Civil Procedure 26(a)(1) and the Court's Order Governing Proceedings [Dkt. No. 47].

Dated: Dallas, Texas
      February 25, 2025

                        Respectfully submitted,

*/s/ Jessica B. Magee*
Jessica B. Magee
Texas Bar No. 24037757
Michael W. Stockham
Texas Bar No. 24038074
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Tel: (214) 964-9500
Jessica.Magee@hklaw.com
Michael.Stockham@hklaw.com

Kayla Joyce (*pro hac vice*)
New York Bar No. 6093314
HOLLAND & KNIGHT LLP
787 Seventh Avenue, 31st Floor
New York, New York 10019
Tel:  212-513-3200
Kayla.Joyce@hklaw.com

*Counsel for Georgios Palikaras*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2025, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the Court, which will send notification of such submission to the counsel who have registered with the Court.

/s/ *Jessica B. Magee*
Jessica B. Magee