## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> - v - <br><br> JOHN BRDA, <br> GEORGIOS PALIKARAS, <br><br> Defendants. | Civil No. 4:24-cv-1048-SDJ |

## ORDER GRANTING DEFENDANT BRDA'S MOTION TO EXCLUDE EVIDENCE

This Court, having considered Defendant Brda's Motion to Exclude Improperly Obtained Evidence, together with all related filings and matters appropriate for consideration pursuant to law, finds that the Motion is GRANTED.

It is therefore **ORDERED, ADJUDGED, AND DECREED** as follows:

(1) The SEC is prohibited from using any of the documents or testimony obtained from the individual recipients for any purpose, including for impeachment and for use with other witnesses, in this litigation or any related proceedings initiated against Mr. Brda;

(2) The SEC shall disclose to the Court and to Mr. Brda any other subpoenas, testimony, or other discovery that Plaintiff has undertaken;

(3) To the extent the SEC claims it has not conducted any further extra-judicial discovery, a written representation of same made under oath by the SEC and filed with the Court and served upon Mr. Brda;

(4) The SEC is prohibited from issuing any additional subpoenas and obtaining any additional testimony related to this lawsuit without complying with the Federal Rules of Civil Procedure and this Court's Orders; and

(5) Mr. Brda is hereby awarded his reasonable and necessary attorneys' fees for having to prepare and file this Motion.