## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>Defendants. | Civ. Action No. 4:24-cv-1048-SDJ |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT JOHN BRDA'S MOTION TO EXCLUDE IMPROPERLY OBTAINED EVIDENCE

Before the Court is Plaintiff Securities and Exchange Commission's Unopposed Motion to Extend Time to Respond to Defendant John Brda's Motion to Exclude Improperly Obtained Evidence, filed March 6, 2025. It is noted that Defendant John Brda is unopposed. After considering the Unopposed Motion, the Court finds good cause and hereby **GRANTS** the Motion.

IT IS HEREBY ORDERED, that Plaintiff's deadline to file a response in opposition to Defendant John Brda's Motion to Exclude Improperly Obtained Evidence is hereby extended to March 19, 2025.