UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § § § | CIVIL NO. 4:24-CV-1048-SDJ |
| JOHN BRDA, ET AL. | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Time to Respond to Defendant John Brda's Motion to Exclude Improperly Obtained Evidence. (Dkt. #57). The Court, having considered the motion, concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the deadline for Plaintiff to respond to Defendant John Brda's Motion to Exclude Improperly Obtained Evidence, (Dkt. #54), is extended to **March 19, 2025**.

**So ORDERED and SIGNED this 7th day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE