# EXHIBIT 1
# FORMAL ORDER





