

DLA Piper LLP (US)
1900 North Pearl Street
Suite 2200
Dallas, TX 75201-2467
www.dlapiper.com

Jason Lewis
jason.lewis@dlapiper.com
T  214.743.4548
F  972.813.6250

June 6, 2024

**Via Email**

Samantha Martin, Esq.
Assistant Director
Division of Enforcement
U.S. Securities and Exchange Commission
801 Cherry Street, Ste. 1900
Fort Worth, Texas 76102

Re: In the Matter of MMTLP (FW-04625)

Dear Ms. Martin:

The undersigned represents John Brda in the above-captioned matter. Pursuant to 17 C.F.R. § 302.7, I hereby request to be furnished with a copy of the Commission's Formal Order of Investigation in the above-captioned matter. I warrant that the Formal Order and information contained therein will remain confidential and will not be disseminated to any person or party except my client for use in connection with my representation in this matter.

Sincerely,

Jason S. Lewis

cc: Chris Rogers  *Rogerschri@sec.gov*