**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>   - v -<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>          Defendants. | Civil No. 4:24-cv-1048-SDJ |

## <u>DEFENDANT BRDA'S NOTICE OF SUBPOENA</u>

Pursuant to Fed. R. Civ. P. 45(a)(4), Defendant John Brda provides notice of service of the subpoenas to Anson Funds Management LP and GTS Securities LLC respectively attached hereto as Exhibit A and Exhibit B.

Dated:  July 14, 2025.

Respectfully submitted,

*/s/ Jason S. Lewis*

Jason S. Lewis
  Texas Bar No. 24007551
  jason.lewis@us.dlapiper.com
Jason M. Hopkins
  Texas Bar No. 24059969
  jason.hopkins@us.dlapiper.com
Ryan D. Lantry
  Texas Bar No. 24125130
  ryan.lantry@us.dlapiper.com
**DLA PIPER LLP**
1900 N. Pearl Street, Suite 2200
Dallas, Texas 75201
Telephone:  214.743.4546
Facsimile:  214.743.4545

**ATTORNEYS FOR DEFENDANT JOHN BRDA**

## CERTIFICATE OF SERVICE

I certify that I served the foregoing notice on all counsel of record via the Court's CM/ECF system on July 14, 2025.

*/s/ Jason S. Lewis*

Jason S. Lewis