## UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff(s), | § § | |
| vs. | § § | Civil Action No. 4:24-CV-1048-SDJ |
| JOHN BRDA, GEORGE PALIKARAS, | § § | |
| Defendant(s). | § § | |

### RETURN OF SERVICE

Came to my hand on **Friday, July 11, 2025 at 11:47 AM**,
Executed at: **1201 HAYS STREET, TALLAHASSEE, FL 32301**
at **1:15 PM**, on **Friday, July 11, 2025**,
by delivering to the within named:

### GTS SECURITIES LLC

by delivering to its **Registered Agent, CORPORATION SERVICE COMPANY**
by personally delivering to its **Authorized Employee, THOMAS PEACE**

a true copy of this

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with EXHIBIT A

BEFORE ME, the undersigned authority, on this day personally appeared ROBYN BUDA who after being duly sworn on oath states: "My name is ROBYN BUDA. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Florida. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
ROBYN BUDA – Process Server

Subscribed and Sworn to by ROBYN BUDA, Before Me, the undersigned authority, on this
___14___ day of July, 2025.

_____
Notary Public in and for the State of Florida



LATOYA FAXON-BURNETT
Notary Public - State of Florida
Commission # HH 488824
My Comm. Expires Feb 5, 2028
Bonded through National Notary Assn.