# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN BRDA, GEORGIOS PALIKARAS, <br><br> Defendants. | Case No. 4:24-cv-01048-SDJ |

## DEFENDANT GEORGIOS PALIKARAS'S NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant Georgios Palikaras, by and through undersigned counsel, intends to serve the subpoenas attached hereto as Exhibits A and B on Hamilton Clark Sustainable Capital Inc. and KPMG LLP, respectively.

Dated: Dallas, Texas
       August 21, 2025

                                              Respectfully submitted,

                                              */s/ Jessica B. Magee*
                                              Jessica B. Magee
                                              Texas Bar No. 24037757
                                              HOLLAND & KNIGHT LLP
                                              One Arts Plaza
                                              1722 Routh Street, Suite 1500
                                              Dallas, Texas 75201
                                              Tel: (214) 964-9500
                                              Jessica.Magee@hklaw.com

                                              Kayla Joyce (*pro hac vice*)
                                              New York Bar No. 6093314
                                              HOLLAND & KNIGHT LLP
                                              787 Seventh Avenue, 31st Floor
                                              New York, New York 10019
                                              Tel:  212-513-3200
                                              Kayla.Joyce@hklaw.com

                                              *Counsel for Georgios Palikaras*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing notice was served on all counsel of record using the electronic case filing system of the Court on August 21, 2025.

                                              */s/ Jessica B. Magee*
                                              Jessica B. Magee