**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>- v -<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>                      Defendants. | Civil No. 4:24-CV-1048-SDJ |

## JOINT REQUEST FOR STATUS CONFERENCE

Plaintiff Securities and Exchange Commission ("**Plaintiff**" or the "**SEC**") and Defendants John Brda and Georgios Palikaras (Palikaras and Brda, collectively "**Defendants**") (Plaintiff and Defendants, collectively "**Parties**") hereby jointly submit this Joint Request for Status Conference with respect to the matters set out in the Court's Order Governing Proceedings [Dkt. #47].

The Parties have conferred numerous times and exchanged multiple drafts of a proposed protective order, to which the Parties have a disagreement over its scope and contents. The Parties also have a disagreement with the scope of discovery as raised and briefed in docket numbers 54, 60, and 64. With the approaching initial discovery deadline, the Parties jointly and respectfully request that the Court set a status conference for this matter to discuss these issues and other next steps to advance this litigation in an effective and efficient manner.

Dated: September 23, 2025

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | DLA PIPER LLP (US) |
| By: *Patrick Disbennett (with authorization)* | By: *Jason S. Lewis* |
| Patrick Disbennett (lead attorney)<br>  Texas Bar No. 24094629<br>  disbennettpa@sec.gov<br>Christopher Rogers<br>  Texas Bar No. 24051264<br>  rogerschri@sec.gov | Jason S. Lewis (lead attorney)<br>  Texas Bar No. 24007551<br>  jason.lewis@us.dlapiper.com<br>Jason M. Hopkins<br>  Texas Bar No. 24059969<br>  jason.hopkins@us.dlapiper.com<br>Ryan D. Lantry<br>  Texas Bar No. 24125130<br>  ryan.lantry@us.dlapiper.com |
| 801 Cherry Street, Suite 1900<br>Fort Worth, Texas 76102<br>Tel.: (817) 978-3821<br>Fax: (817) 978-2700 | 1900 N. Pearl Street, Suite 2200<br>Dallas, Texas 75201<br>Tel.: (214) 743-4546<br>Fax: (972) 813-6250 |
| *Attorneys for Plaintiff*<br>  *Securities and Exchange Commission* | *Attorneys for Defendant*<br>  *John Brda* |

HOLLAND & KNIGHT LLP

By: */s/ Jessica B. Magee (with authorization)*

Jessica B. Magee (lead attorney)
  Texas Bar No. 24037757
  Jessica.Magee@hklaw.com
Kayla Joyce
  Admitted *pro hac vice*
  Kayla.Joyce@hklaw.com

One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Tel.: (214) 964-9500
Fax: (214) 969-1751

*Attorneys for Defendant*
  *Georgios Palikaras*

## **CERTIFICATE OF SERVICE**

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on September 23, 2025.

/s/ *Jason S. Lewis*
Jason S. Lewis
