UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>- v -<br><br>JOHN BRDA,<br>GEORGIOS PALIKARAS,<br><br>          Defendants. | Civil No. 4:24-CV-1048-SDJ |

## **ORDER**

Before the Court is the Plaintiff Securities and Exchange Commission and Defendants John Brda and Georgios Palikaras Joint Request for Status Conference.  Having considered the joint request, the Court enters the following order:

**IT IS HEREBY ORDERED** that a Status Conference will be held on _____, 2025, at _____a.m./p.m.  The Court will provide dial-in instructions prior to that date or request the Parties appear in-person at the United States Courthouse, 7940 Preston Road, Plano, Texas 75024.