UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § § § | CIVIL NO. 4:24-CV-1048-SDJ |
| JOHN BRDA, ET AL. | | |

## ORDER

It is **ORDERED** that this case is **STAYED**, including any deadlines and hearings imposed by the Court's Scheduling Order, pending the Court's resolution of Defendant Georgios Palikaras's Motion to Dismiss, (Dkt. #44), and Defendant John Brda's Motion to Dismiss, (Dkt. #45).

It is further **ORDERED** that the parties' Joint Request for Status Conference, (Dkt. #69), is **DENIED as moot**. Once the dismissal motions are resolved, and as necessary, the Court will schedule a status conference with the parties.

**So ORDERED and SIGNED this 24th day of September, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE